1           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TENNESSEE

2                 AT WINCHESTER

3  BIANCA CLAYBORNE, et al,    )
                          )

4     Plaintiff,         )
                          )  Case No. 4:24-cv-00012

5  VS.                   )  JUDGE CLIFTON L. CORKER
                          )  JURY DEMANDED

6  RUBEN BASALDUA, et al,     )
                          )

7     Defendant.         )
  _____X

8

9

10

11

12  _____

13

14           TRANSCRIPT OF TELEPHONE RECORDING

15               CCDEFENDANTS000211

16

17  _____

18

19

20

21

22

23  *Prepared by:*
    *Carole K. Briggs, LCR #345*
    *Briggs & Associates*

24  *222 Second Avenue, North, Suite 340M*
    *Nashville, Tennessee 37201*

25  *Briggscourtreporting@hotmail.com*

1          (The following conversation held on the

2          Telephone and the recording transcribe as

3          follows.)

4          MS. AMANDA:  Judge's office, this is Amanda.

5          MR. WATKINS:  Hey, Amanda.  It's Frank.  Is

6    Craig in?

7          MS. AMANDA:  Hey.  He is in a meeting or

8    going into a meeting.  Is it something that can wait, or

9    do I need to get him?

10          MR. WATKINS:  No, I actually need him pretty

11   quick.  This is kind of an emergency.  If you could just

12   tell him --

13          MS. AMANDA:  Sure.  Yeah, hang --

14          MR. WATKINS:  -- I just need two -- two

15   seconds.

16          MS. AMANDA:  Sure.  One second.

17          MR. WATKINS:  Thank you.

18          MS. AMANDA:  Uh-huh.

19          (Call placed on hold.)

20          UNIDENTIFIED SPEAKER:  (Inaudible.)

21          MR. WATKINS:  Well, no, I just want -- he

22   knows.  He's in private practice, too.  So (inaudible),

23   so I know he would.  Most of the rest of them have never

24   been in private practice except Vonder.  Vonder was in

25   private practice.

1          UNIDENTIFIED SPEAKER:  Was he?

2          MR. WATKINS:  Yeah.  He was an outstanding

3   lawyer.  He went to the D.A.'s office and (inaudible).

4          UNIDENTIFIED SPEAKER 2:  Hey.

5          MR. WATKINS:  (Inaudible.)

6          UNIDENTIFIED SPEAKER 2:  Well, DCS has got

7   the authority to ex parte (inaudible).  I just got off

8   the phone with them.  They're going to go ahead and

9   draft an order, and they -- they can do what they want

10  to for 72 hours on their own.  So go ahead and let DCS

11  have them, and I'm going to be --

12         MR. WATKINS:  Well, the problem is momma is

13  not going to give them up without a fight.  If we get in

14  the middle of this, there's going to be a damn lawsuit

15  for sure, and we ain't got no -- I mean --

16         UNIDENTIFIED SPEAKER 2:  Arrest her for

17  disorderly conduct.

18         MR. WATKINS:  I mean, DCS is the one that's

19  going to have to take the kids.

20         UNIDENTIFIED SPEAKER 2:  You won't get in a

21  lawsuit -- you won't get in a lawsuit because you've got

22  -- I've got judicial immunity (inaudible).

23         MR. WATKINS:  Verbal order good enough,

24  Judge?  It's Frank.

25         JUDGE PERRY:  Do what?

1            MR. WATKINS:  Verbal order good enough?

2            JUDGE PERRY:  Absolutely.

3            MR. WATKINS:  Thank you.

4            JUDGE PERRY:  You know I won't --

5            MR. WATKINS:  I know.  That's all I need,

6   Brady.  Thank you.

7            JUDGE PERRY:  Yeah, and I did tell them to go

8   ahead and draft an order and get it to me, so hopefully

9   I'll have it --

10            UNIDENTIFIED SPEAKER:  You've got it right

11   there.

12            JUDGE PERRY:  Yes, I -- I was told they

13   ordered it in the ex parte.

14            MR. WATKINS:  I mean, it's just a little bit

15   of damn weed.  It's not -- apparently she was

16   breastfeeding while smoking weed.

17            JUDGE PERRY:  Yeah.

18            MR. WATKINS:  And that's why they're taking

19   the kids.

20            JUDGE PERRY:  Yeah, yeah.

21            MR. WATKINS:  It seems like a Georgia problem

22   to me.  I'd just let (inaudible).

23            JUDGE PERRY:  Well, they've got a grandma in

24   Memphis.

25            MR. WATKINS:  Okay.  All right.  We'll take

1   care of it.

2           JUDGE PERRY:  All right.  Sounds good.

3           MR. WATKINS:  See-ya, Greg.  Thanks.

4           JUDGE PERRY:  See-ya.

5           MR. WATKINS:  You've got a verbal order is

6   good enough.  That gets them -- hey, just go out there

7   and tell them, say, I've got a -- I've got the verbal

8   authorization from the judge.

9           UNIDENTIFIED SPEAKER:  Yeah, I'll just

10  record.

11          MR. WATKINS:  Yeah, it's recording.  I'll

12  tell Craig that we've done got our answer.

13          (Original call resumed.)

14          JUDGE JOHNSON:  Hey.

15          MR. WATKINS:  I apologize.  In the midst of

16  being on hold, James -- I didn't know James had called

17  Greg Perry and asked.  It was involving the DCS taking

18  custody of a kid, which I know they have the authority

19  to do, but we don't, typically, without the order.  We

20  just stand by and keep peace.  So I wanted to make sure

21  that there was no -- there hadn't been any change of the

22  law that allows us to intervene.

23          JUDGE JOHNSON:  No, that wouldn't -- yeah,

24  that wouldn't -- as far as I know, there's been no

25  change to the law, that that would be DCS takes custody

1  of them.  Obviously, if they get committed, y'all can

2  play a role in that, but --

3           MR. WATKINS:  Sure, but DCS was taking

4  custody of some kids involved in a THP arrest, and momma

5  said, no, you're not, and while she hadn't got physical,

6  then DCS said -- looked at us and said, I need you to

7  take custody of the kids.  And we said, you got an

8  order?  And they were like, no, but we can.  That's you.

9  Not us.  We have to have an order.

10          JUDGE JOHNSON:  Yeah.

11          MR. WATKINS:  And so -- but anyway.

12          JUDGE JOHNSON:  Now, y'all can take custody

13  of momma if she's committed a crime.

14          MR. WATKINS:  Yeah, she starts acting a fool,

15  then yeah, we can charge her with disorderly, or

16  whatever, or assault, or whatever.

17          JUDGE JOHNSON:  Right.

18          MR. WATKINS:  But, yeah, so I was making sure

19  there wasn't any -- and I know you being in private

20  practice, you would have dealt with it on both sides, so

21  that's why I wanted to speak with you.

22          JUDGE JOHNSON:  Yeah.  Did Greg say anything

23  different?

24          MR. WATKINS:  No, no, he's -- he gave us a

25  verbal order to take them into custody.

1              JUDGE JOHNSON:  Oh, okay.  Well, that cured

2     it, then.

3              MR. WATKINS:  Yeah, that kind of cured it,

4     so, yeah.

5              JUDGE JOHNSON:  All right.

6              MR. WATKINS:  All right.  Thank you, thank

7     you.

8              JUDGE JOHNSON:  All right.

9              MR. WATKINS:  All right.  Thanks, Craig.

10    Thank you.  Bye.

11              (End of recording.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       CERTIFICATE

2

3

4

5           I, CAROLE K. BRIGGS, do hereby certify that the

6     foregoing, Pages 1 to and including 7, is a true and

7     correct transcription, to the best of my ability, of an

8     audio recording.

9           I do further certify that I am neither of kin,

10    counsel nor interest to any party hereto.

11          IN WITNESS WHEREOF, I have hereunto affixed my

12    hand this 30th day of October 2024.

13

14

15

16

17                 _____
                   CAROLE K. BRIGGS
18                 SHORTHAND REPORTER
                   TENNESSEE LICENSE NO. 345
19                 Briggs & Associates
                   222 Second Avenue, North
20                 Suite 340M
                   Nashville, Tennessee  37201
21                 615/482-0037

22

23

24

25

**1**

1 - 8:6

**2**

2 [4] 3:4, 3:6, 3:16, 3:20
2024 - 8:12
222 [2] 1:24, 8:19

**3**

30th - 8:12
340M [2] 1:24, 8:20
345 [2] 1:23, 8:18
37201 [2] 1:24, 8:20

**4**

4:24-cv-00012 - 1:4

**6**

615/482-0037 - 8:21

**7**

7 - 8:6
72 - 3:10

**A**

ability - 8:7
Absolutely - 4:2
acting - 6:14
affixed - 8:11
ahead [3] 3:8, 3:10, 4:8
ain't - 3:15
al [2] 1:3, 1:6
allows - 5:22
Amanda [7] 2:4, 2:4, 2:5, 2:7, 2:13, 2:16, 2:18
anyway - 6:11
apologize - 5:15
apparently - 4:15
assault - 6:16
Associates [2] 1:23, 8:19
audio - 8:8
authority [2] 3:7, 5:18
authorization - 5:8
Avenue [2] 1:24,

8:19

**B**

BASALDUA - 1:6
best - 8:7
BIANCA - 1:3
bit - 4:14
Brady - 4:6
breastfeeding - 4:16
Briggs [5] 1:23, 1:23, 8:5, 8:17, 8:19
Briggscourtrepor - 1:25
Bye - 7:10

**C**

care - 5:1
Carole [3] 1:23, 8:5, 8:17
Case - 1:4
CCDEFENDANTS0002 - 1:15
CERTIFICATE - 8:1
certify [2] 8:5, 8:9
change [2] 5:21, 5:25
charge - 6:15
CLAYBORNE - 1:3
CLIFTON - 1:5
committed [2] 6:1, 6:13
conduct - 3:17
conversation - 2:1
CORKER - 1:5
correct - 8:7
counsel - 8:10
COURT - 1:1
Craig [3] 2:6, 5:12, 7:9
crime - 6:13
cured [2] 7:1, 7:3
custody [6] 5:18, 5:25, 6:4, 6:7, 6:12, 6:25

**D**

D.A.'s - 3:3
damn [2] 3:14, 4:15
DCS [7] 3:6, 3:10, 3:18, 5:17, 5:25, 6:3, 6:6
dealt - 6:20
Defendant - 1:7
DEMANDED - 1:5
disorderly [2] 3:17, 6:15
DISTRICT [2] 1:1,

8:19

**B**

1:1
draft [2] 3:9, 4:8

**E**

EASTERN - 1:1
emergency - 2:11
et [2] 1:3, 1:6
ex [2] 3:7, 4:13
except - 2:24

**F**

fight - 3:13
follows - 2:3
fool - 6:14
foregoing - 8:6
Frank [2] 2:5, 3:24

**G**

gave - 6:24
Georgia - 4:21
gets - 5:6
grandma - 4:23
Greg [3] 5:3, 5:17, 6:22

**H**

hadn't [2] 5:21, 6:5
hang - 2:13
he's [2] 2:22, 6:24
held - 2:1
hereby - 8:5
hereto - 8:10
hereunto - 8:11
hey [5] 2:5, 2:7, 3:4, 5:6, 5:14
hold [2] 2:19, 5:16
hopefully - 4:8
hours - 3:10

**I**

immunity - 3:22
inaudible [7] 2:20, 2:22, 3:3, 3:5, 3:7, 3:22, 4:22
including - 8:6
interest - 8:10
intervene - 5:22
involved - 6:4
involving - 5:17

**J**

James [2] 5:16, 5:16

JOHNSON [9] 5:14, 5:23, 6:10, 6:12, 6:17, 6:22, 7:1, 7:5, 7:8
judge [22] 1:5, 3:24, 3:25, 4:2, 4:4, 4:7, 4:12, 4:17, 4:20, 4:23, 5:2, 5:4, 5:8, 5:14, 5:23, 6:10, 6:12, 6:17, 6:22, 7:1, 7:5, 7:8
Judge's - 2:4
judicial - 3:22
JURY - 1:5

**K**

kid - 5:18
kids [4] 3:19, 4:19, 6:4, 4:7
kin - 8:9
knows - 2:22

**L**

law [2] 5:22, 5:25
lawsuit [3] 3:14, 3:21, 3:21
lawyer - 3:3
LCR - 1:23
LICENSE - 8:18

**M**

making - 6:18
meeting [2] 2:7, 2:8
Memphis - 4:24
middle - 3:14
midst - 5:15
momma [3] 3:12, 6:4, 6:13

**N**

Nashville [2] 1:24, 8:20
neither - 8:9
nor - 8:10
North [2] 1:24, 8:19

**O**

Obviously - 6:1
October - 8:12
office [2] 2:4, 3:3
order [9] 3:9, 3:23, 4:1, 4:8, 5:5, 5:19, 6:8, 6:9, 6:25
ordered - 4:13
Original - 5:13

outstanding - 3:2

**P**

Pages - 8:6
parte [2] 3:7, 4:13
party - 8:10
peace - 5:20
Perry [11] 3:25, 4:2, 4:4, 4:7, 4:12, 4:17, 4:20, 4:23, 5:2, 5:4, 5:17
physical - 6:5
placed - 2:19
Plaintiff - 1:4
play - 6:2
practice [4] 2:22, 2:24, 2:25, 6:20
Prepared - 1:22
private [4] 2:22, 2:24, 2:25, 6:19
problem [2] 3:12, 4:21

**Q**

quick - 2:11

**R**

record - 5:10
recording [5] 1:14, 2:2, 5:11, 7:11, 8:8
REPORTER - 8:18
rest - 2:23
resumed - 5:13
role - 6:2
RUBEN - 1:6

**S**

seconds - 2:15
See-ya [2] 5:3, 5:4
seems - 4:21
she's - 6:13
SHORTHAND - 8:18
sides - 6:20
smoking - 4:16
Sounds - 5:2
speak - 6:21
SPEAKER [8] 2:20, 3:1, 3:4, 3:6, 3:16, 3:20, 4:10, 5:9
stand - 5:20
starts - 6:14
STATES - 1:1
Suite [2] 1:24, 8:20

**T**

takes - 5:25
taking [3] 4:18, 6:3, 6:3
Telephone [2] 1:14, 2:2
Tennessee [4] 1:1, 1:24, 8:18, 8:20
thank [6] 2:17, 4:3, 4:6, 7:6, 7:6, 7:10
Thanks [2] 5:3, 7:9
there's [2] 3:14, 5:24
they're [2] 3:8, 4:18
they've - 4:23
THP - 6:4
transcribe - 2:2
TRANSCRIPT - 1:14
transcription - 8:7
true - 8:6
typically - 5:19

**U**

Uh-huh - 2:18
UNIDENTIFIED [8] 2:20, 3:1, 3:4, 3:6, 3:16, 3:20, 4:10, 5:9
UNITED - 1:1

**V**

verbal [5] 3:23, 4:1, 5:5, 5:7, 6:25
Vonder [2] 2:24, 2:24

**W**

wait - 2:8
wanted [2] 5:20, 6:21
WATKINS [29] 2:5, 2:10, 2:14, 2:17, 2:21, 3:2, 3:5, 3:12, 3:18, 3:23, 4:1, 4:3, 4:5, 4:14, 4:18, 4:21, 4:25, 5:3, 5:5, 5:11, 5:15, 6:3, 6:11, 6:14, 6:18, 6:24, 7:3, 7:6, 7:9
We'll - 4:25
we've - 5:12

**weed [2]** 4:15, 4:16
**whatever [2]** 6:16, 6:16
**WHEREOF -** 8:11
**WINCHESTER -** 1:2
**WITNESS -** 8:11
**won't [3]** 3:20, 3:21, 4:4
**wouldn't [2]** 5:23, 5:24

---

**Y**

---

**y'all [2]** 6:1, 6:12
**yeah [16]** 2:13, 3:2, 4:7, 4:17, 4:20, 4:20, 5:9, 5:11, 5:23, 6:10, 6:14, 6:15, 6:18, 6:22, 7:3, 7:4