IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| BIANCA CLAYBORNE, individually and as parent and next friend of minors, J.C., D.W., L.W., A.C., and P.C., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:24-cv-00012 |
| RUBEN BASALDUA, et. al. Defendants. | ) ) ) ) | |

**NOTICE OF SERVICE OF DEFENDANTS COFFEE COUNTY, TN, OFFICER ALAN CRABTREE, OFFICER ALEX BELL, CHIEF DEPUTY FRANK WATKINS, SERGEANT STEPHEN SHARKETTI, AND LIEUTENANT JAMES SHERRILL'S RULE 26(a)(2) EXPERT DISCLOSURES**

COMES NOW the Defendants, Coffee County, Tennessee, Alan Crabtree, Alex Bell, Frank Watkins, Stephen Sharketti, and James Sherrill, by and through counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Scheduling Order entered in this matter hereby provide notice that their expert disclosures were served on today's date via email upon counsel for all parties.

Respectfully submitted this 1st day of October, 2025.

/s/ Grant A. Carringer
Jeff R. Thompson (BPR #020310)
Grant A. Carringer (BPR #041607)
LEWIS THOMASON, P.C.
900 S. Gay Street, Suite 300
P. O. Box 2425
Knoxville, Tennessee 37901-2425
Telephone: (865) 546-4646
Fax: (865) 523-6529
JRThompson@LewisThomason.com
GCarringer@LewisThomason.com

1

*Attorneys for Defendants Coffee County, Tennessee, Officer Alan Crabtree, Officer Alex Bell, Chief Deputy Frank Watkins, Sergeant Stephen Sharketti, and Lieutenant James Sherrill*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.

>*/s/ Grant A. Carringer*
>ATTORNEY