# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| BIANCA CLAYBORNE, individually and as parent and next friend of minors J.C., D.W., L.W., A.C., and P.C., <br><br> Plaintiff, <br><br> v. <br><br> RUBEN BASALDUA, et al., <br><br> Defendants. | Case No.: 4:24-cv-00012 <br><br> Judge Clifton L. Corker <br><br> JURY DEMANDED |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FOURTH AMENDMENT LIABILITY AGAINST THP DEFENDANTS

On February 17, 2023, Tennessee Highway Patrol Troopers Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson (the "THP Trooper Defendants") violated the Fourth Amendment rights of Bianca Clayborne and her five minor children. Basaldua initiated a traffic stop of Clayborne's vehicle at a gas station in Manchester, Tennessee, and Clark, Foster, and Thompson responded to assist. The Troopers ultimately decided to issue a citation to Clayborne (in lieu of arrest) for misdemeanor possession of a small amount of marijuana. The purpose of the traffic stop was complete at that point. Nevertheless, without justification for any further detention, the Troopers unlawfully kept Clayborne and her children in custody anyway. They escorted Clayborne and her children over a mile from the gas station to the Coffee County Jail to have her meet with the Tennessee Department of Children's Services ("DCS"), then kept her in custody in the jail parking lot until a DCS case worker began to interrogate her. Under clearly established Fourth Amendment law (applied to the undisputed material facts), the THP Trooper Defendants had no lawful basis to keep Clayborne in custody after she received a ticket at the gas station.

In support of this Motion, Plaintiffs are filing the following materials:

(1) A Memorandum.

(2) A Statement of Undisputed Material Facts ("SUMF").

(3) The Declaration of Anthony A. Orlandi with supporting exhibits.[1]

(4) A motion for leave to file under seal certain excerpts from the bodycam and dashcam videos attached to the Orlandi Declaration and referenced in the SUMF.

Accordingly, Plaintiffs respectfully seek summary judgment on liability against the THP Trooper Defendants on Plaintiffs' Fourth Amendment claim.

Dated: December 10, 2025

Respectfully submitted,

*/s/ Anthony A. Orlandi*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
Benjamin A. Gastel (#28699)
Jeff Preptit (#38451)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

---

[1] Plaintiffs are moving for leave to file under seal certain exhibits to the declaration. Plaintiffs are contemporaneously serving copies of all exhibits (including exhibits subject to the Motion to Seal) to all counsel of record.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on this 10th day of December 2025 by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| Jeffrey R Thompson<br>Gina Sarli Vogel<br>Grant A. Carringer<br>**Lewis Thomason, P.C.**<br>900 South Gay St., Ste. 300<br>P.O. Box 2425<br>Knoxville, TN 37901<br>865-546-4646<br>jrthompson@lewisthomason.com<br>gvogel@lewisthomason.com<br>GCarringer@LewisThomason.com<br><br>***Attorneys for Coffee County Tennessee and Officer Crabtree*** | Daniel J. Ripper<br>Chloe Kennedy<br>Isabella Bombassi<br>**Luther Anderson PLLP**<br>P.O. Box 151<br>Chattanooga, Tennessee 37402<br>(423) 756-5034<br>dan@lutheranderson.com<br>cek@lutheranderson.com<br>bib@lutheranderson.com<br><br>***Attorney for Katlyn Pelham*** |
| Meghan Murphy<br>Peako Jenkins<br>**Office of the Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Phone (615) 253-3890<br>meghan.murphy@ag.tn.gov<br>Peako.Jenkins@ag.tn.gov<br><br>W. Adam Izell<br>**Law Office of W. Adam Izell, PLLC**<br>P.O. Box 4386<br>Chattanooga, TN 37405<br>Telephone: (423) 888-3022<br>adam@chattlawyer.com<br><br>***Attorneys for Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson*** | Kristin Ellis Berexa<br>Grace Patton<br>**Farrar\|Bates\|Berexa**<br>12 Cadillac Drive, Ste. 480<br>Brentwood, TN 37207<br>Telephone: (615) 254-3060<br>kberexa@fbb.law<br>gpatton@fbb.law<br><br>***Attorneys for Montana Medina*** |
| Arthur F. Knight III<br>**Law Office of Arthur F. Knight III**<br>3248 Tazewell Pike, Suite 103<br>Knoxville, TN 37918<br>P: (865) 252-0430<br>arthur@arthurfknightlaw.com<br><br>***Attorney for Erica Wright-Gilliam*** | Thomas Hickey, Jr.<br>Rafael E. Camacho<br>Nicholas C. Stevens<br>**SPICER RUDSTROM PLLC**<br>537 Market St., Ste. 203<br>Chattanooga, TN 37402<br>P: 423-541-9809<br>thickey@spicerfirm.com<br>rcamacho@spicerfirm.com<br>nstevens@spicerfirm.com |

|  | *Attorney for Kathleen Velez* |
|---|---|
| E. Ashley Carter<br>Jeffrey B. Cadle<br>Jessica Davis<br>**Office of Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>P. 615-741-7932<br>Ashley.Carter@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br>Jessica.davis@ag.tn.gov<br><br>***Attorney for Dale Lynn*** | |

 

           */s/ Anthony A. Orlandi*
           Anthony A. Orlandi