UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| BIANCA CLAYBORNE, individually and as parent and next friend of minors J.C., D.W., L.W., A.C., and P.C., <br><br> Plaintiff, <br><br> v. <br><br> RUBEN BASALDUA, et al., <br><br> Defendants. | Case No.: 4:24-cv-00012 <br><br> Judge Clifton L. Corker |

## JOINT MOTION FOR STAY AS TO DCS DEFENDANTS KATLYN TAYLOR, KATHLEEN VELEZ, AND ERICA WRIGHT-GILLIAM

On December 16, 2025, Plaintiffs and Defendants Katlyn Taylor, Erica Wright-Gilliam, and Kathleen Velez participated in a mediation with mediator Bill Vines of the law firm of Butler, Vines and Babb, PLLC.[1] (Dkt. 181.) With the assistance of the mediator, Plaintiffs Taylor, Wright-Gilliam, and Velez have reached a settlement in principle, subject to (and contingent upon) approval by the State of Tennessee. For the reasons explained below, Plaintiffs and Taylor, Wright-Gilliam, and Velez respectfully seek a stay of proceedings as to those three Defendants.

## BACKGROUND

Plaintiffs are Bianca Clayborne and (via Ms. Clayborne as next friend) her five minor children. Their Amended Complaint (Dkt. 92) asserts claims related to a February 17, 2023 incident. In relevant part, they assert claims against three current or former employees of the Tennessee Department of Children's Services: Katlyn Taylor (nee Pelham), Kathleen Velez, and

---

[1] As indicated at Dkt. 180, Plaintiffs represented that they reached a confidential settlement with DCS Defendant Montana Medina and anticipate filing a stipulated notice of dismissal as to her in the near future.

Erica Wright-Gilliam. Relative to these Defendants, the Court set a discovery cutoff of November 21, 2025, and a summary judgment deadline of January 5, 2025. (Dkt. 134.)

On December 16, 2025, Plaintiffs and Taylor, Wright-Gilliam, and Velez engaged in a mediation with Bill Vines of the law firm of Butler, Vines & Babb, PLLC. With the mediator's assistance, the parties reached a conditional settlement in principle. (Dkt. 181.) Under its terms, each of the settling Defendants (Taylor, Wright-Gilliam, and Velez) will make a recommendation to the State of Tennessee to approve a settlement for the case for a specified amount for each of these three Defendants, and the settlement is contingent on approval by the State of those amounts. The parties are working expeditiously to formalize the settlement terms and obtain State approval.

## REQUEST FOR STAY

Plaintiffs and Defendants Taylor, Wright-Gilliam, and Velez respectfully request a stay of proceedings as to those three Defendants. Taylor, Wright-Gilliam, and Velez have submitted requests for approval from the State. Plaintiffs and Taylor, Wright-Gilliam, and Velez agree that it would not be a good use of party resources or serve the interests of judicial economy to continue litigating while they await State approval. Among other things, any further litigation would add significantly to the attorney's fees and costs on both sides, including ongoing fees and costs being borne by the State.[2] Among other things, dispositive briefing would be both extensive and unnecessary if the State approves the recommended settlements, and ongoing litigation could interfere with and undermine the State approval process for these Defendants. Granting them this relief will not cause undue prejudice to the remaining Defendants.[3] Federal courts in Tennessee,

---

[2] Taylor, Wright-Gilliam, and Velez all have separate private counsel, whose services and associated reasonable costs are being reimbursed by the State.

[3] Those Defendants are the County Defendants, the THP Defendants, and Dale Lynn (the lone remaining DCS Defendant).

including in this District, have issued stays of proposed settlements conditioned on approval by the State.[4] Plaintiffs and Taylor, Velez, and Wright-Gilliam seek the same relief here.

Dated: December 23, 2025

Respectfully submitted,

/s/ Anthony Orlandi
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
Benjamin A. Gastel (#28699)
Jeff Preptit (#38451)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

/s/ Daniel J. Ripper
Daniel J. Ripper
Chloe Kennedy
Isabella Bombassi
**Luther Anderson PLLP**
P.O. Box 151
Chattanooga, Tennessee 37402
(423) 756-5034
dan@lutheranderson.com
cek@lutheranderson.com
bib@lutheranderson.com

---

[4] *See, e.g.*, *Christopher Adams v. Randall Lewis*, No. 1:22-CV-125-SKL (E.D. Tenn.), Dkt. Nos. 159 (staying a case after the "[t]he parties notified the Court they have agreed upon settlement terms in this case, with settlement being conditioned upon approval of such terms by the Tennessee Board of Claims"); 162 (notice); and 163 (extending deadline).

*Attorneys for Katlyn Pelham*


*/s/ Arthur F. Knight III*
Arthur F. Knight III
**Law Office of Arthur F. Knight III**
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
arthur@arthurfknightlaw.com

*Attorney for Erica Wright-Gilliam*

*/s/ Thomas Hickey, Jr.*
Thomas Hickey, Jr.
Rafael E. Camacho
Nicholas C. Stevens
**SPICER RUDSTROM PLLC**
537 Market St., Ste. 203
Chattanooga, TN 37402
P : 423-541-9809
thickey@spicerfirm.com
rcamacho@spicerfirm.com
nstevens@spicerfirm.com

*Attorney for Kathleen Velez*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on this 23rd day of December 2025 by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| Jeffrey R Thompson<br>Gina Sarli Vogel<br>Grant A. Carringer<br>**Lewis Thomason, P.C.**<br>900 South Gay St., Ste. 300<br>P.O. Box 2425<br>Knoxville, TN 37901<br>865-546-4646<br>jrthompson@lewisthomason.com<br>gvogel@lewisthomason.com<br>GCarringer@LewisThomason.com<br><br>*Attorneys for Coffee County Tennessee and Officer Crabtree* | Daniel J. Ripper<br>Chloe Kennedy<br>Isabella Bombassi<br>**Luther Anderson PLLP**<br>P.O. Box 151<br>Chattanooga, Tennessee 37402<br>(423) 756-5034<br>dan@lutheranderson.com<br>cek@lutheranderson.com<br>bib@lutheranderson.com<br><br>*Attorney for Katlyn Pelham* |
| Meghan Murphy<br>Peako Jenkins<br>**Office of the Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Phone (615) 253-3890<br>meghan.murphy@ag.tn.gov<br>Peako.Jenkins@ag.tn.gov<br><br>W. Adam Izell<br>**Law Office of W. Adam Izell, PLLC**<br>P.O. Box 4386<br>Chattanooga, TN 37405<br>Telephone: (423) 888-3022<br>adam@chattlawyer.com<br><br>*Attorneys for Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson* | Kristin Ellis Berexa<br>Grace Patton<br>**Farrar\|Bates\|Berexa**<br>12 Cadillac Drive, Ste. 480<br>Brentwood, TN 37207<br>Telephone: (615) 254-3060<br>kberexa@fbb.law<br>gpatton@fbb.law<br><br>*Attorneys for Montana Medina* |
| Arthur F. Knight III<br>**Law Office of Arthur F. Knight III**<br>3248 Tazewell Pike, Suite 103<br>Knoxville, TN 37918<br>P: (865) 252-0430<br>arthur@arthurfknightlaw.com | Thomas Hickey, Jr.<br>Rafael E. Camacho<br>Nicholas C. Stevens<br>**SPICER RUDSTROM PLLC**<br>537 Market St., Ste. 203<br>Chattanooga, TN 37402 |

| | |
|---|---|
| *Attorney for Erica Wright-Gilliam* | P: 423-541-9809<br>thickey@spicerfirm.com<br>rcamacho@spicerfirm.com<br>nstevens@spicerfirm.com<br><br>*Attorney for Kathleen Velez* |
| E. Ashley Carter<br>Jeffrey B. Cadle<br>Jessica Davis<br>**Office of Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>P. 615-741-7932<br>Ashley.Carter@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br>Jessica.davis@ag.tn.gov<br><br>*Attorney for Dale Lynn* | |

 

                                                      */s/ Anthony A. Orlandi*
                                                      Anthony A. Orlandi