## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT WINCHESTER

| | |
|---|---|
| BIANCA CLAYBORNE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:24-cv-00012 |
| | ) Judge Clifton L. Corker |
| RUBEN BASALDUA, et al., | ) |
| | ) JURY DEMANDED |
| Defendants. | ) |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE
## TO JANUARY 9, 2026, FOR DEFENDANT ERICA WRIGHT-GILLIAM

COMES the Defendant, Erica Wright-Gilliam, by and through counsel and respectfully moves the Court pursuant to Rules 6 and 16 of the Federal Rules of Civil Procedure for the entry of an Order allowing this Defendant up until and including January 9, 2026, in which to file a dispositive motion in this matter. In support of this Motion, this Defendant would show the Court as follows:

(1) This matter was mediated to a conclusion pending State approval on December 16, 2025;

(2) A Joint Motion to Stay was filed December 23, 2025, and is presently pending;

(3) The undersigned has been under the weather for the past several days and unable to work on any matter. Additionally, the undersigned's paralegal has been out of town since December 29, 2025; and

(4) The undersigned is going to be in Johnson County, Tennessee, on a case on January 6 and 7, 2026, and in Fentress County, Tennessee on January 8, 2026, as the reason for requesting the January 9, 2026 date.

WHEREFORE, it is respectfully requested that the Motion be granted.

Respectfully submitted this 10th day of March, 2025.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III, BPR# 016178
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com

*Attorney for Defendant Erica Wright-Gilliam*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a copy of the foregoing Motion to Extend Dispositive Motion To January 9, 2026, for Defendant Erica Wright-Gilliam was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III