UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| BIANCA CLAYBORNE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:24-cv-00012 |
| | ) Judge Clifton L. Corker |
| RUBEN BASALDUA, et al., | ) JURY DEMANDED |
| Defendants. | ) |

## MOTION IN LIMINE/*DAUBERT* MOTION

COMES the Defendant, Erica Wright-Gilliam, by and through counsel and files with the Court her Motion in Limine/*Daubert* Motion pursuant to the Court's Scheduling Order [Doc. 134], and the Order of the Court allowing Ms. Wright-Gilliam and Ms. Taylor to file their dispositive motions and/or *Daubert* motions on or before January 9, 2026 [Doc. 219].

For her Motion, this Defendant respectfully moves the Court to allow her to adopt the Motion to Preclude Certain Opinions of Jessica Handelman [Doc. 189] and its supporting Memorandum [Doc. 195] filed by Defendant Dale Lynn, as well as Mr. Lynn's filing of the Motion to Preclude Certain Opinions of Lourdes Pons [Doc. 194] and its supporting Memorandum [Doc. 195]. Accordingly, this Defendant respectfully requests that the Court exclude from the evidence in this cause the opinions expressed by Jessica Handelman and Lourdes Pons as set forth in the filings of Dale Lynn.

Moreover, Defendant Wright-Gilliam respectfully moves the Court to allow her to adopt the filings of the "Coffee County Defendants" as expressed in Document 199 and its supporting Memorandum [Doc. 200]. The Motion and filing of the Coffee County Defendants specifically requests that certain opinions not be directed to or used against them. This Defendant would

request the same. Additionally, the Coffee County Defendants also move to exclude the "expert testimony" of the Plaintiffs on other grounds as specifically stated in their Motion in Limine found in Doc. 199 and specifically Paragraphs 2, 3, 5 and 6. This Defendant would also request the relief sought.

This Defendant is filing the instant Motion as is to avoid repetition and therefore specifically incorporates by reference the arguments made by these Defendants with the Court's permission and consistent with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

WHEREFORE, this Defendant respectfully requests that its Motion be granted.

Respectfully submitted this 8th day of January, 2026.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III, BPR# 016178
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com

*Attorney for Defendant Erica Wright-Gilliam*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2026, a copy of the foregoing Motion in Limine/*Daubert* Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Arthur F. Knight, III*
Arthur F. Knight, III

2