UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| BIANCA CLAYBORNE, individually and as parent and next friend of minors J.C., D.W., L.W., A.C., and P.C.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RUBEN BASALDUA, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　No. 4:24-cv-12-DCLC-MJD<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the parties' Joint Motion to Enter Various Stipulated Proposed Briefing Schedule on Various Summary Judgment Motions [Doc. 232 ("Joint Motion")]. The Joint Motion states: "The parties have conferred and believe that, in light of the extraordinary amount of pending motion practice, reasonable extensions to the default [briefing] deadlines are warranted. The parties believe that the proposed stipulated extensions would serve the interests of judicial economy and fairness without causing any undue prejudice to any parties." [Doc. 232 at Page ID # 3596].

For good cause shown and because the modified briefing deadlines are jointly proposed, the Joint Motion [Doc. 232] is **GRANTED.** The parties **SHALL** follow the modified briefing schedules proposed in the Joint Motion:

Regarding the THP Defendants'[1] motion for summary judgment, Plaintiffs' response is due **FEBRUARY 9, 2026**, and the THP Defendants' reply is due **FEBRUARY 19, 2026**.

---

[1] The Court uses the same defined terms to identify the various groups of parties as those used in the Joint Motion.

Regarding the County Defendants' motion for summary judgment, Plaintiffs' response is due **FEBRUARY 9, 2026**, and the County Defendants' reply is due **FEBRUARY 19, 2026**.

Regarding Plaintiffs' motion for partial summary judgment, Defendants' response is due **FEBURARY 9, 2026**, and Plaintiffs' reply is due **FEBRUARY 19, 2026**.

Regarding the motions for summary judgment filed by DCS Defendants Taylor, Velez, and Wright-Gilliam, Plaintiffs' responses are due **FEBRUARY 27, 2026**, and these Defendants' replies are due **MARCH 9, 2026**.

SO ORDERED.

ENTER:

/s/
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE