UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| BIANCA CLAYBORNE, individually and as parent and next friend of minors J.C., D.W., L.W., A.C., and P.C., <br><br> Plaintiffs, <br><br> v. <br><br> RUBEN BASALDUA, et al., <br><br> Defendants. | 4:24-CV-00012-DCLC-MJD |

## ORDER

This matter is before the Court on Defendants Ruben Basaldua, Donnie Clark, James Thompson, and Douglas Foster (collectively, the "THP Defendants") and Defendant Dale Lynn's Motion to Modify Case Management Order [Doc. 274]. The jury trial is scheduled for May 5, 2026, and non-dispositive motions are due March 6, 2026. Defendants request that the Court set a new jury trial date and modify all applicable pre-trial deadlines due to the pending dispositive motions before the Court. Defendants argue that requiring the parties to prepare for trial before the issues raised in the motions are resolved may cause the parties to file unnecessary motions and waste the resources of the parties and the Court. Plaintiffs oppose the motion.

The motion is well-taken and **GRANTED**. The trial date is **RESET** to **May 19, 2026, at 9:00 a.m.**, the Final Pretrial Conference is **RESET** to **May 5, 2026, at 1:30 p.m.**, and the non-dispositive motion deadline is **RESET** to **March 20, 2026**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge