## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT WINCHESTER

| | | |
|---|---|---|
| **BIANCA CLAYBORNE, individually** | **)** | |
| **and as parent and next friend of minors** | **)** | |
| **J.C., D.W., L.W., A.C., and P.C.,** | **)** | |
| | **)** | **Case No.: 4:24-cv-00012** |
| **Plaintiff,** | **)** | |
| | **)** | **District Judge Clifton L. Corker** |
| **v.** | **)** | **Magistrate Judge Michael J. Dumitru** |
| | **)** | |
| **RUBEN BASALDUA, et al.,** | **)** | **JURY DEMANDED** |
| | **)** | |
| **Defendants.** | **)** | |

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* #3 – TO EXCLUDE BASALDUA INTERIOR CAMERA

Plaintiffs respectfully move the Court to exclude the Defendants from introducing any information from the Basaldua interior camera.[1]

THP Defendants produced camera footage from the date of the incident. These include a video from the interior of Trooper Basaldua's vehicle (the "Basaldua Interior Cam"). The Basaldua Interior Cam consists largely of Basaldua speaking in the front seat and Deonte Williams (the children's father) speaking in the back seat, plus some dialogue with Troopers Clark and Foster. Williams is not a plaintiff.

Plaintiffs move to preclude Defendants from introducing anything from the Basaldua Interior Cam into evidence as irrelevant and as substantially more prejudicial than probative under FRE 403. Except to the extent that the video captures statements made by the Troopers against their own interest, nothing said on the video is relevant to any claim or defense.[2] It also includes references to material that Plaintiffs have separately moved to exclude as irrelevant or substantially more prejudicial than probative, such as dialogue about the nature of the green leafy substance in the car, the firearm (including whether Williams' prints would be found on it, which ultimately they were not), the money, the asserted slow poke and tint violations, Williams' criminal history (and misrepresentations about his criminal history), whether Williams was a "convicted felon," and the nature of Williams' trucking business. It also includes other information that is irrelevant and would be severely prejudicial if presented to the jury for substantially the same reasons, including Williams asserting that race was playing a role in the initial decision to remove the

---

[1] This requested relief would not preclude Plaintiffs from introducing into evidence any statements against interest made by Defendant Basaldua or any other Trooper Defendants on this video.

[2] Also, at one point in the video, Basaldua asserts that Williams was smoking with the children in the car and Williams denies that assertion. If any Defendant were permitted to assert at trial that Williams smoked with the children in the car – which Plaintiffs maintain should be excluded – then this denial by Williams could be relevant to rebut that contention.

children, Williams being handcuffed, Williams being *Mirandized*, and Williams denying that he sold drugs.

If Defendants were to introduce this video into evidence, the jury would be presented with information that is not probative of any material facts at issue, but that could inflame and prejudice the jury to rule against Plaintiffs. Plaintiffs accordingly seek to prevent Defendants from using any of the video footage from the Basaldua Interior Cam.

Dated: March 20, 2026

Respectfully submitted,

*/s/ Anthony A. Orlandi*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
Benjamin A. Gastel (#28699)
Jeff Preptit (#38451)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld (#6645)
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on this 20th day of March 2026 by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| Jeffrey R Thompson<br>Gina Sarli Vogel<br>Grant A. Carringer<br>**Lewis Thomason, P.C.**<br>900 South Gay St., Ste. 300<br>P.O. Box 2425<br>Knoxville, TN 37901<br>865-546-4646<br>jrthompson@lewisthomason.com<br>gvogel@lewisthomason.com<br>GCarringer@LewisThomason.com<br><br>***Attorneys for Coffee County Tennessee and Officer Crabtree*** | Daniel J. Ripper<br>Chloe Kennedy<br>Isabella Bombassi<br>**Luther Anderson PLLP**<br>P.O. Box 151<br>Chattanooga, Tennessee 37402<br>(423) 756-5034<br>dan@lutheranderson.com<br>cek@lutheranderson.com<br>bib@lutheranderson.com<br><br>***Attorney for Katlyn Pelham*** |
| Meghan Murphy<br>Peako Jenkins<br>Dawn Jordan<br>**Office of the Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Phone (615) 253-3890<br>meghan.murphy@ag.tn.gov<br>Peako.Jenkins@ag.tn.gov<br>Dawn.jordan@ag.tn.gov<br><br>W. Adam Izell<br>**Law Office of W. Adam Izell, PLLC**<br>P.O. Box 4386<br>Chattanooga, TN 37405<br>Telephone: (423) 888-3022<br>adam@chattlawyer.com<br><br>***Attorneys for Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson*** | Kristin Ellis Berexa<br>Grace Patton<br>**Farrar\|Bates\|Berexa**<br>12 Cadillac Drive, Ste. 480<br>Brentwood, TN 37207<br>Telephone: (615) 254-3060<br>kberexa@fbb.law<br>gpatton@fbb.law<br><br>***Attorneys for Montana Medina*** |
| Arthur F. Knight III<br>**Law Office of Arthur F. Knight III**<br>3248 Tazewell Pike, Suite 103<br>Knoxville, TN 37918<br>P: (865) 252-0430 | Thomas Hickey, Jr.<br>Rafael E. Camacho<br>Nicholas C. Stevens<br>**SPICER RUDSTROM PLLC**<br>537 Market St., Ste. 203 |

| | |
|---|---|
| arthur@arthurfknightlaw.com<br><br>***Attorney for Erica Wright-Gilliam*** | Chattanooga, TN 37402<br>P: 423-541-9809<br>thickey@spicerfirm.com<br>rcamacho@spicerfirm.com<br>nstevens@spicerfirm.com<br><br>***Attorney for Kathleen Velez*** |
| E. Ashley Carter<br>Jeffrey B. Cadle<br>Jessica Davis<br>**Office of Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>P. 615-741-7932<br>Ashley.Carter@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br>Jessica.davis@ag.tn.gov<br><br>***Attorney for Dale Lynn*** | |

*/s/ Anthony A. Orlandi*
Anthony A. Orlandi