# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

BIANCA CLAYBORNE, individually )
and as parent and next friend of minors )
J.C., D.W., L.W., A.C., and P.C., )
                             ) **Case No.: 4:24-cv-00012**
    Plaintiff, )
                             ) **Judge Clifton L. Corker**
v. ) **Magistrate Judge Michael J. Dumitru**
                             )
RUBEN BASALDUA, et al., ) **JURY DEMANDED**
                             )
    Defendants. )

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION IN LIMINE #14 – TO EXCLUDE REFERENCES TO ANY SETTLEMENTS

Plaintiffs respectfully move the Court to preclude the non-settling Defendants from referencing anything concerning settlements between Plaintiffs and settling Defendants, including the fact of the settlements, settlement negotiations, or their amounts.

Plaintiffs have reached settlements in principle with four of the five DCS Defendants (Montana Medina, Katlyn Taylor, Kathleen Velez, and Erica Wright-Gilliam). Courts routinely exclude references to these types of collateral source payments and associated discussions from trial. [1] That is because, under FRE 408, evidence of settlement or compromise is not admissible to determine liability or damages, and its admission is prejudicial and risks confusing the jury.[2] Here, the same principle applies. Also, the fact of those settlements and their amounts are not probative of any claim or defense, and their introduction improperly could prejudice Plaintiffs by inducing the jury to rule against Plaintiffs or reduce any damage award artificially because Plaintiffs could receive compensation from other sources.

Plaintiffs accordingly seek to preclude the non-settling Defendants from referencing anything concerning settlements between Plaintiffs and other Defendants.

---

[1] *See, e.g.*, *In re Prempo Prods. Liab. Litig.*, 2006 WL 3806391, at *4 (E.D. Ark. Dec. 27, 2006); *Fidelity National Title Ins. Co. of New York v. Intercounty Title Ins. Co.*, 2004 WL 784901, at *1 (N.D. Ill. Apr. 9, 2004); *Martinez v. Dart Trans, Inc.*, 548 F. Supp. 3d 1107, 1117 (D.N.M. 2021);
[2] *Jesclard v. Babcock & Wilcox*, 1991 WL 33564, at *1 (E.D. La. Feb. 28, 1991).

Dated: March 20, 2026

Respectfully submitted,

*/s/ Anthony A. Orlandi*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
Benjamin A. Gastel (#28699)
Jeff Preptit (#38451)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld (#6645)
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

2

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that a copy of the foregoing document was served on this 20th day of March 2026 by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| Jeffrey R Thompson<br>Gina Sarli Vogel<br>Grant A. Carringer<br>**Lewis Thomason, P.C.**<br>900 South Gay St., Ste. 300<br>P.O. Box 2425<br>Knoxville, TN 37901<br>865-546-4646<br>jrthompson@lewisthomason.com<br>gvogel@lewisthomason.com<br>GCarringer@LewisThomason.com<br><br>*Attorneys for Coffee County Tennessee and Officer Crabtree* | Daniel J. Ripper<br>Chloe Kennedy<br>Isabella Bombassi<br>**Luther Anderson PLLP**<br>P.O. Box 151<br>Chattanooga, Tennessee 37402<br>(423) 756-5034<br>dan@lutheranderson.com<br>cek@lutheranderson.com<br>bib@lutheranderson.com<br><br>*Attorney for Katlyn Pelham* |
| Meghan Murphy<br>Peako Jenkins<br>Dawn Jordan<br>**Office of the Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Phone (615) 253-3890<br>meghan.murphy@ag.tn.gov<br>Peako.Jenkins@ag.tn.gov<br>Dawn.jordan@ag.tn.gov<br><br>W. Adam Izell<br>**Law Office of W. Adam Izell, PLLC**<br>P.O. Box 4386<br>Chattanooga, TN 37405<br>Telephone: (423) 888-3022<br>adam@chattlawyer.com<br><br>*Attorneys for Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson* | Kristin Ellis Berexa<br>Grace Patton<br>**Farrar\|Bates\|Berexa**<br>12 Cadillac Drive, Ste. 480<br>Brentwood, TN 37207<br>Telephone: (615) 254-3060<br>kberexa@fbb.law<br>gpatton@fbb.law<br><br>*Attorneys for Montana Medina* |
| Arthur F. Knight III<br>**Law Office of Arthur F. Knight III**<br>3248 Tazewell Pike, Suite 103<br>Knoxville, TN 37918<br>P: (865) 252-0430 | Thomas Hickey, Jr.<br>Rafael E. Camacho<br>Nicholas C. Stevens<br>**SPICER RUDSTROM PLLC**<br>537 Market St., Ste. 203 |

| | |
|---|---|
| arthur@arthurfknightlaw.com<br><br>**Attorney for Erica Wright-Gilliam** | Chattanooga, TN 37402<br>P: 423-541-9809<br>thickey@spicerfirm.com<br>rcamacho@spicerfirm.com<br>nstevens@spicerfirm.com<br><br>**Attorney for Kathleen Velez** |
| E. Ashley Carter<br>Jeffrey B. Cadle<br>Jessica Davis<br>**Office of Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>P. 615-741-7932<br>Ashley.Carter@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br>Jessica.davis@ag.tn.gov<br><br>**Attorney for Dale Lynn** | |

*/s/ Anthony A. Orlandi*
Anthony A. Orlandi