BIANCA CLAYBORNE, et al. )
                                   )     Case No. 4:24-cv-00012
         Plaintiffs, )
v. )
                                     )     Judge Clifton L. Corker
                                     )     Magistrate Judge Mike Dumitru
RUBEN BASALDUA, et al., )
                                     )     JURY DEMANDED
         Defendants. )

## DEFENDANT DALE LYNN'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY RELATING TO KELLIE LUSK'S ALLEGED MOTIVE FOR SEEKING REMOVAL OF CLAYBORNE'S CHILDREN

Pursuant to Federal Rules of Evidence 402 and 403, Defendant Dale Lynn, by and through the Office of the Attorney General, moves this Honorable Court to exclude any evidence and testimony relating to Kellie Lusk's alleged motive for seeking removal of Clayborne's children.

In Count IX of the Amended Complaint, Plaintiffs allege a claim against Lynn for First Amendment retaliation. (*See* Am. Compl., Doc. 92, at 81–82.) Plaintiffs have asserted that "[a]fter about 20 minutes of calls with [Kellie] Lusk, Lusk called [Montana] Medina, who then texted a DCS worker that DCS would be removing the children because Clayborne had 'done ticked Kellie off,' which would be an illegitimate, retaliatory motive." (Pl.'s Resp. to Lynn's Mot. for Summ. J., Doc. 247, at 13.) The basis for this assertion is a text message contained in a string of messages from Montana Medina, in which Medina states, "I think we're just taking them at this point she's done ticked kellie off." (Doc. 250-18 at 12.)

As an initial matter, the evidence that is the basis for Plaintiffs' assertion violates both Fed. R. Evid. 602 and Fed. R. Evid. 802. Medina has not shown that she has personal knowledge of Lusk's reasoning for taking action to remove the children, and the text message itself is hearsay.

In addition, Lusk is not a party to this action, and Lusk's alleged motive for acting to remove the children is not relevant to determining Lynn's reasoning for taking action in this case. As such, any testimony regarding Lusk's alleged reason for seeking removal of Clayborne's children violates Fed. R. Evid. 402, which states that "[i]rrelevant evidence is not admissible."

Even assuming that Lusk's motives are relevant to this action, testimony and evidence related to that motive are prejudicial to Lynn and should be excluded under Fed. R. Evid. 403. Under that rule, the Court "may exclude relevant evidence if its probative value is substantially outweighed by a danger of . . . unfair prejudice." Fed. R. Evid. 403. "The risk of unfair prejudice is defined as the undue tendency to suggest a decision based on improper considerations." *United States v. Williams*, No. 2:23-CR-00072, 2025 WL 437316, at *3 (E.D. Tenn. Feb. 7, 2025) (Corker, J.) (quoting *United States v. Betro*, 115 F.4th 429, 449 (6th Cir. 2024)). The statements concerning Lusk's motives are inflammatory, and because she is not a party to this lawsuit, a jury could improperly attribute those motives to Lynn, even though there is no evidence that he had any improper motive in this action.

For these reasons, Defendant Dale Lynn requests this court to exclude any testimony and evidence relating to Kellie Lusk's alleged motive for seeking removal of Clayborne's children.

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

 */s/ Jeffrey B. Cadle*
Jeffrey B. Cadle (BPR #037037)
Senior Assistant Attorney General
Jessica S. Davis (PA Bar # 94560)
Acting Assistant Attorney General
Employment Law Division
P. O. Box 20207
Nashville, TN 37202-0207
Telephone:     (615) 741-2472

2

(615) 532-9631<br>jeffrey.cadle@ag.tn.gov<br>jessica.davis@ag.tn.gov

*Attorneys for Dale Lynn*

Case 4:24-cv-00012-DCLC-MJD   Document 295   Filed 03/20/26   Page 3 of 5
PageID #: 4833

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion was filed electronically and served via the Court's CM/ECF system on March 20, 2026, upon the following:

Tricia R. Herzfeld
Anthony A. Orlandi
Benjamin A. Gastel
Jeff Preptit
Herzfeld Suetholz Gastel Leniski
and Wall, PLLC
1920 Adelicia Street, Suite 300
Nashville, TN 37212
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
Rubenfeld Law Office, PC
810 Dominican Dr., Ste. 215
Nashville, TN 37228
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

Kristin Ellis Berexa
Grace Patton
Farrar|Bates|Berexa
12 Cadillac Drive, Ste. 480
Brentwood, TN 37207
kberexa@fbb.law
gpatton@fbb.law

*Attorneys for Montana Medina*

Arthur F. Knight, III
Law Office of Arthur F. Knight III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*Attorney for Erica Wright-Gilliam*

Meghan Murphy
Peako Jenkins
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
meghan.murphy@ag.tn.gov
peako.jenkins@ag.tn.gov

W. Adam Izell
Law Office of W. Adam Izell, PLLC
P.O. Box 4386
Chattanooga, TN 37405
adam@chattlawyer.com

*Attorneys for Ruben Basaldua, Donnie Clark, James Thompson, and Douglas Foster*

Daniel J. Ripper
Isabella Bombassi
Luther – Anderson, PLLP
P.O. Box 151
Chattanooga, TN 37402
dan@lutheranderson.com
bib@lutheranderson.com

*Attorneys for Katlyn Pelham*

B. Thomas Hickey, Jr.
Rafael Emelio Camacho
Nicholas C. Stevens
Spicer Rudstrom PLLC
537 Market St., Ste. 203
Chattanooga, TN 37402
thickey@spicerfirm.com
rcamacho@spicerfirm.com
nstevens@spicerfirm.com

*Attorneys for Kathleen Velez*

4

Jeffrey R Thompson
Gina Sarli Vogel
Grant A. Carringer
Lewis Thomason, P.O.
900 South Gay St., Ste. 300
P.O. Box 2425
Knoxville, TN 37901
jrthompson@lewisthomason.com
gvogel@lewisthomason.com
gcarringer@lewisthomason.com

*Attorneys for Coffee County Tennessee,*
*Officer Alan Crabtree, Officer Alex Bell,*
*Chief Deputy Frank Watkins, Stephen*
*Sharketti, and James Sherrill*

<u>*/s/ Jeffrey B. Cadle*</u>
Jeffrey B. Cadle

5