# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

| | | |
|---|---|---|
| BIANCA CLAYBORNE, et al. | ) | |
| | ) | Case No. 4:24-cv-00012 |
| Plaintiffs, | ) | |
| v. | ) | Judge Clifton L. Corker |
| | ) | Magistrate Judge Mike Dumitru |
| RUBEN BASALDUA, et al., | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

## DEFENDANT DALE LYNN'S FINAL WITNESS LIST

Defendant Dale Lynn, by and through the Office of the Attorney General, files his Final Witness List in compliance with paragraph 5.g of the Court's Scheduling Order (Doc. 56). Lynn expects to call the following witness if the matter goes to trial:

1. Dale Lynn

Lynn may call any of the following witnesses if the matter goes to trial:

1. Any party to this lawsuit

2. Anyone listed on another party's Final Witness List.

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

/s/ Jeffrey B. Cadle
Jeffrey B. Cadle (BPR #037037)
Senior Assistant Attorney General
Jessica S. Davis (PA Bar # 94560)
Acting Assistant Attorney General
Employment Law Division
P. O. Box 20207
Nashville, TN 37202-0207
Telephone:     (615) 741-2472
                        (615) 532-9631

jeffrey.cadle@ag.tn.gov
jessica.davis@ag.tn.gov

*Attorneys for Dale Lynn*

Case 4:24-cv-00012-DCLC-MJD    Document 328    Filed 04/03/26    Page 2 of 4
PageID #: 5034

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Final Witness List was filed electronically and served via the Court's CM/ECF system on April 3, 2026, upon the following:

Tricia R. Herzfeld
Anthony A. Orlandi
Benjamin A. Gastel
Jeff Preptit
Herzfeld Suetholz Gastel Leniski
and Wall, PLLC
1920 Adelicia Street, Suite 300
Nashville, TN 37212
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
Rubenfeld Law Office, PC
810 Dominican Dr., Ste. 215
Nashville, TN 37228
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

Kristin Ellis Berexa
Grace Patton
Farrar|Bates|Berexa
12 Cadillac Drive, Ste. 480
Brentwood, TN 37207
kberexa@fbb.law
gpatton@fbb.law

*Attorneys for Montana Medina*

Arthur F. Knight, III
Law Office of Arthur F. Knight III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*Attorney for Erica Wright-Gilliam*

Meghan Murphy
Peako Jenkins
Dawn Jordan
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
meghan.murphy@ag.tn.gov
peako.jenkins@ag.tn.gov
dawn.jordan@ag.tn.gov

W. Adam Izell
Law Office of W. Adam Izell, PLLC
P.O. Box 4386
Chattanooga, TN 37405
adam@chattlawyer.com

*Attorneys for Ruben Basaldua, Donnie Clark, James Thompson, and Douglas Foster*

Daniel J. Ripper
Isabella Bombassi
Luther – Anderson, PLLP
P.O. Box 151
Chattanooga, TN 37402
dan@lutheranderson.com
bib@lutheranderson.com

*Attorneys for Katlyn Pelham*

B. Thomas Hickey, Jr.
Rafael Emelio Camacho
Nicholas C. Stevens
Spicer Rudstrom PLLC
537 Market St., Ste. 203
Chattanooga, TN 37402
thickey@spicerfirm.com
rcamacho@spicerfirm.com
nstevens@spicerfirm.com

*Attorneys for Kathleen Velez*

3

Jeffrey R Thompson
Gina Sarli Vogel
Grant A. Carringer
Lewis Thomason, P.O.
900 South Gay St., Ste. 300
P.O. Box 2425
Knoxville, TN 37901
jrthompson@lewisthomason.com
gvogel@lewisthomason.com
gcarringer@lewisthomason.com

*Attorneys for Coffee County Tennessee,
Officer Alan Crabtree, Officer Alex Bell,
Chief Deputy Frank Watkins, Stephen
Sharketti, and James Sherrill*

<span style="display:inline-block; margin-left:50%;">*/s/ Jeffrey B. Cadle*<br>Jeffrey B. Cadle</span>