# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

| | | |
|---|---|---|
| BIANCA CLAYBORNE, et al. | ) | |
| | ) | Case No. 4:24-cv-00012 |
| Plaintiffs, | ) | |
| v. | ) | Judge Clifton L. Corker |
| | ) | |
| RUBEN BASALDUA, et al., | ) | Magistrate Judge Mike Dumitru |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## DEFENDANT DALE LYNN'S ANSWER TO THE FIRST AMENDED COMPLAINT

Defendant Dale Lynn ("Lynn"), by and through the Office of Tennessee Attorney General and Reporter, answers the First Amended Complaint as follows:

1. Paragraph one states legal conclusions to which no response is required. To the extent a response is required, DENIED.

2. Lynn is without information or knowledge to admit or deny the allegations in Paragraph two regarding individuals other than himself. As to Lynn, paragraph two states legal conclusions to which no response is required. To the extent a response is required, DENIED.

3. Lynn is without information or knowledge to admit or deny the allegations in Paragraph three.

4. Lynn is without information or knowledge to admit or deny the allegations in Paragraph four.

5. Lynn is without information or knowledge to admit or deny the allegations in Paragraph five regarding individuals other than himself. The allegations as to Lynn are DENIED.

6. Paragraph six states legal conclusions to which no response is required. To the extent a response is required, DENIED.

7. Paragraph seven states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in Paragraph seven regarding individuals other than himself. Lynn DENIES being a manager over any of the other DCS Defendants. It is ADMITTED that Lynn was not present at the Coffee County Jail. It is ADMITTED that Lynn called General Sessions Court Judge Perry directly and *ex parte*. It is ADMITTED that Lynn did not record this phone call. It is ADMITTED that Lynn did not submit sworn testimony or documentation to Judge Perry. The remainder of the allegations as to Lynn are DENIED.

8. Lynn is without information or knowledge to admit or deny the allegations in Paragraph eight regarding individuals other than himself. The paragraph is ADMITTED as to Lynn.

9. Paragraph nine states legal conclusions to which no response is required. To the extent a response is required, DENIED.

10. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 10.

11. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 11.

12. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 12.

13. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 13.

14. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 14 regarding individuals other than himself. The allegations as to Lynn are DENIED.

2

15. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 15 regarding individuals other than himself.

16. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 16 as to other individuals. It is ADMITTED that Lynn became aware of Medina shredding a folder, after it had been shredded. The remainder of Paragraph 16 is DENIED as to Lynn.

17. It is ADMITTED that the children were placed in foster care. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 17 as to other individuals. The remainder of Paragraph 17 is DENIED as to Lynn.

18. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 18.

19. Paragraph 19 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

20. Paragraph 20 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in Paragraph 20.

21. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 21.

22. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 22.

23. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 23.

24. Lynn is without information or knowledge to admit or deny the allegations in

3

Paragraph 24.

25.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 25.

26.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 26.

27.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 27.

28.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 28.

29.     Paragraph 29 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

30.     ADMITTED.

31.     Paragraph 31 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

32.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 32.

33.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 33.

34.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 34.

35.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 35.

36.     Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 36.

37. It is ADMITTED that Medina was a Case Manager for DCS.

38. Paragraph 38 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

39. It is ADMITTED that Wright-Gilliam was an employee of DCS. The remainder of Paragraph 39 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

40. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 40.

41. Paragraph 41 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

42. ADMITTED.

43. Paragraph 43 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

44. Paragraph 44 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

45. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 45.

46. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 46.

47. Paragraph 47 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

48. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 48.

49. Paragraph 49 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

50. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 50.

51. Paragraph 51 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

52. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 52.

53. Paragraph 53 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

54. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 54.

55. Paragraph 55 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

56. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 56.

57. Paragraph 57 is a statement of jurisdiction to which no response is required. To the extent a response is required, DENIED.

58. Paragraph 58 is a statement of venue to which no response is required. To the extent a response is required, DENIED.

59. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 59.

6

60. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 60.

61. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 61.

62. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 62.

63. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 63.

64. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 64.

65. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 65.

66. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 66.

67. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 67.

68. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 68.

69. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 69.

70. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 70.

71. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 71.

72.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 72.

73.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 73.

74.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 74.

75.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 75.

76.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 76.

77.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 77.

78.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 78.

79.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 79.

80.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 80.

81.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 81.

82.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 82.

83. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 83.

84. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 84.

85. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 85.

86. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 86.

87. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 87.

88. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 88.

89. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 89.

90. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 90.

91. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 91.

92. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 92.

93. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 93.

94. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 94.

95.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 95.

96.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 96.

97.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 97.

98.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 98.

99.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 99.

100.     Paragraph 100 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

101.     Paragraph 101 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

102.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 102.

103.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 103.

104.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 104.

105.     Paragraph 105 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

106. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 106.

107. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 107.

108. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 108.

109. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 109.

110. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 110.

111. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 111.

112. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 112.

113. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 113.

114. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 114.

115. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 115.

116. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 116.

117. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 117.

118.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 118.

119.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 119.

120.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 120.

121.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 121.

122.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 122.

123.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 123.

124.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 124.

125.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 125.

126.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 126.

127.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 127.

128.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 128.

129. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 129.

130. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 130.

131. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 131.

132. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 132.

133. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 133.

134. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 134.

135. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 135.

136. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 136.

137. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 137.

138. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 138.

139. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 139.

140. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 140.

141. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 141.

142. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 142.

143. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 143.

144. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 144.

145. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 145.

146. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 146.

147. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 147.

148. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 148.

149. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 149.

150. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 150.

151. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 151.

Case 4:24-cv-00012-DCLC-MJD    Document 340    Filed 04/09/26    Page 14 of 75
PageID #: 5107

152. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 152.

153. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 153.

154. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 154.

155. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 155.

156. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 156.

157. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 157.

158. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 158.

159. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 159.

160. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 160.

161. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 161.

162. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 162.

163. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 163.

164. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 164.

165. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 165.

166. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 166.

167. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 167.

168. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 168.

169. Paragraph 169 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

170. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 170.

171. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 171.

172. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 172.

173. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 173.

174. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 174.

16

175. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 175.

176. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 176.

177. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 177.

178. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 178.

179. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 179.

180. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 180.

181. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 181.

182. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 182.

183. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 183.

184. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 184.

185. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 185.

186. Lynn is without information or knowledge to admit or deny the allegations in

17

Paragraph 186.

187. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 187.

188. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 188.

189. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 189.

190. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 190.

191. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 191.

192. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 192.

193. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 193.

194. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 194.

195. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 195.

196. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 196.

197. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 197.

198. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 198.

199. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 199.

200. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 200.

201. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 201.

202. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 202.

203. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 203.

204. Paragraph 204 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

205. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 205.

206. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 206.

207. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 207.

208. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 208.

209. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 209.

210. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 210.

211. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 211.

212. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 212.

213. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 213.

214. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 214.

215. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 215.

216. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 216.

217. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 217.

218. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 218.

219. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 219.

220. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 220.

221. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 221.

222. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 222.

223. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 223.

224. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 224.

225. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 225.

226. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 226.

227. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 227.

228. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 228.

229. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 229.

230. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 230.

231. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 231.

232. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 232.

233. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 233.

234. DENIED.

235. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 235.

236. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 236.

237. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 237.

238. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 238.

239. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 239.

240. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 240.

241. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 241.

242. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 242.

243. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 243.

244. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 244.

245. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 245.

246. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 246.

247. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 247.

248. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 248.

249. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 249.

250. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 250.

251. Paragraph 251 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in Paragraph 251.

252. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 252.

253. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 253.

254. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 254.

255. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 255.

256. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 256.

257. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 257.

258. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 258.

259. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 259.

260. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 260.

261. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 261.

262. Lynn is without information and knowledge as to the allegations regarding individuals other than himself. The allegations as to Lynn are DENIED.

263. Paragraph 263 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

264. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 264 regarding individuals other than himself. The allegations as to Lynn are DENIED.

265. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 265 regarding individuals other than himself. The allegations as to Lynn are DENIED.

266. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 266 regarding individuals other than himself. The allegations as to Lynn are DENIED.

267. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 267 regarding individuals other than himself. The allegations as to Lynn are DENIED.

268. Paragraph 268 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

269. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 269 regarding individuals other than himself. The allegations as to Lynn are DENIED.

270. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 270 regarding individuals other than himself. The allegations as to Lynn are DENIED.

271. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 271 regarding individuals other than himself. The allegations as to Lynn are DENIED.

272. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 272.

273. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 273 regarding individuals other than himself. The allegations as to Lynn are DENIED.

274. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 274 regarding individuals other than himself. The allegations as to Lynn are DENIED.

275. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 275.

276. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 276.

277. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 277 regarding individuals other than himself. The allegations as to Lynn are DENIED.

278. Paragraph 278 states legal conclusions to which no response is required. To the

extent a response is required, DENIED.

279. Paragraph 279 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

280. It is DENIED that Lynn supervised the DCS workers at the jail. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 280 regarding individuals other than himself. The allegations as to Lynn are DENIED.

281. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 281 regarding individuals other than himself. The allegations as to Lynn are DENIED.

282. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 282 regarding individuals other than himself. The allegations as to Lynn are DENIED.

283. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 283.

284. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 284.

285. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 285.

286. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 286.

287. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 287.

288. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 288.

289. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 289.

290. Paragraph 290 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

291. Paragraph 291 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

292. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 292 regarding individuals other than himself. The allegations as to Lynn are DENIED.

293. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 293 regarding individuals other than himself. The allegations as to Lynn are DENIED.

294. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 294 regarding individuals other than himself. The allegations as to Lynn are DENIED.

295. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 295 regarding individuals other than himself. The allegations as to Lynn are DENIED.

296. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 296 regarding individuals other than himself. The allegations as to Lynn are DENIED.

297. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 297.

298. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 298.

299. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 299 regarding individuals other than himself. The allegations as to Lynn are DENIED.

300. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 300 regarding individuals other than himself. The allegations as to Lynn are DENIED.

27

301. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 301.

302. It is ADMITTED that Lynn called Sherrill on his cell phone at 1:13 PM.

303. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 303.

304. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 304.

305. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 305.

306. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 306.

307. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 307.

308. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 308.

309. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 309.

310. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 310.

311. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 311.

312. Paragraph 312 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

28

313. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 313 regarding individuals other than himself. The allegations as to Lynn are DENIED.

314. Paragraph 314 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

315. Paragraph 315 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

316. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 316 regarding individuals other than himself. It is DENIED that Lynn had any involvement in the removal of the children.

317. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 317 regarding individuals other than himself. It is DENIED that Lynn had any involvement in the removal of the children.

318. It is ADMITTED that Lynn had one phone call with Judge Perry at 1:31 PM. The remainder of the paragraph is DENIED.

319. ADMITTED.

320. ADMITTED.

321. ADMITTED.

322. DENIED.

323. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 323 regarding individuals other than himself. It is DENIED that Lynn had any involvement in the removal of the children.

324. It is ADMITTED that Lynn did not record or transcribe the call. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 324 as to Judge Perry.

325. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 325.

326. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 326.

327. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 327.

328. DENIED.

329. It is ADMITTED that Lynn had no first-hand knowledge of the facts related to Clayborne and her children. The remainder of Paragraph 329 is DENIED.

330. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 330.

331. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 331 regarding individuals other than himself. The allegations as to Lynn are DENIED.

332. DENIED.

333. Paragraph 333 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

334. It is ADMITTED that Lynn did not speak with Clayborne about any matter. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 334 regarding individuals other than himself.

335. Paragraph 335 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

336. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 336.

337.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 337.

338.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 338 regarding individuals other than himself. It is ADMITTED that Lynn did not tell Clayborne about his call with Judge Perry. It is ADMITTED that Lynn did not record or document this call. The remainder of the allegations as to Lynn are DENIED.

339.    Paragraph 339 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

340.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 340.

341.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 341.

342.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 342.

343.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 343.

344.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 344.

345.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 345.

346.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 346.

347.    Lynn is without information or knowledge to admit or deny the allegations in

31

Paragraph 347.

348. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 348.

349. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 349.

350. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 350.

351. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 351.

352. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 352.

353. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 353.

354. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 354.

355. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 355.

356. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 356.

357. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 357.

358. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 358.

359. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 359.

360. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 360.

361. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 361.

362. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 362.

363. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 363.

364. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 364.

365. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 365.

366. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 366.

367. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 367.

368. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 368.

369. Paragraph 369 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

370. Paragraph 370 states legal conclusions to which no response is required. To the

Case 4:24-cv-00012-DCLC-MJD    Document 340    Filed 04/09/26    Page 33 of 75
PageID #: 5126

extent a response is required, DENIED.

371. Paragraph 371 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

372. Paragraph 372 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

373. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 373.

374. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 374.

375. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 375.

376. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 376.

377. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 377.

378. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 378.

379. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 379.

380. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 380.

381. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 381.

382. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 382.

383. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 383.

384. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 384.

385. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 385 regarding individuals other than himself. The allegations as to Lynn are DENIED.

386. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 386 regarding individuals other than himself. The allegations as to Lynn are DENIED.

387. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 387 regarding individuals other than himself. The allegations as to Lynn are DENIED.

388. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 388 regarding individuals other than himself. The allegations as to Lynn are DENIED.

389. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 389 regarding individuals other than himself. The allegations as to Lynn are DENIED.

390. Paragraph 390 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

391. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 391 regarding individuals other than himself. The allegations as to Lynn are DENIED.

392. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 392.

393. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 393.

394. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 394.

395. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 395.

396. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 396 regarding individuals other than himself. The allegations as to Lynn are DENIED.

397. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 397.

398. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 398 regarding individuals other than himself. The allegations as to Lynn are DENIED.

399. ADMITTED.

400. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 400.

401. It is ADMITTED that Lynn called Younglove at 1:35 PM. Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 401.

402. It is ADMITTED that Lynn called Younglove at 1:35 PM. Lynn does not recall what was discussed on that call, and accordingly, Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 402.

403. DENIED.

404. It is ADMITTED that Lynn called Younglove at 1:35 PM. Lynn does not recall what was discussed on that call, and accordingly, Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 404.

405. DENIED.

406. Paragraph 406 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

407. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 407.

408. Paragraph 408 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

409. Paragraph 409 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

410. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 410.

411. Paragraph 411 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

412. Paragraph 412 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

413. Paragraph 413 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

414. Paragraph 414 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

415. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 415 regarding individuals other than himself. The allegations as to Lynn are DENIED.

416. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 416.

417. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 417.

418. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 418.

419. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 419.

420. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 420.

421. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 421 regarding individuals other than himself. Paragraph 421 states legal conclusions to which no response is required. To the extent a response is required, the allegations as to Lynn are DENIED.

422. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 422.

423. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 423.

424. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 424.

425. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 425.

426. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 426 regarding individuals other than himself. The allegations as to Lynn are DENIED.

427. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 427.

428. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 428 regarding individuals other than himself. The allegations as to Lynn are DENIED.

429. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 429.

430. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 430.

431. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 431.

432. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 432.

433. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 433.

434. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 434 regarding individuals other than himself. The allegations as to Lynn are DENIED.

435. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 435.

436. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 436.

437. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 437.

438. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 438.

439. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 439.

440. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 440.

441. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 441.

442. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 442.

443. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 443.

444. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 444.

445. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 445.

446. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 446.

447. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 447.

448. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 448.

449. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 449.

450. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 450.

451. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 451.

452. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 452..

453. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 453 regarding individuals other than himself. The allegations as to Lynn are DENIED.

454. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 454.

455. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 455.

456. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 456.

457. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 457.

458. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 458.

459. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 459.

460. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 460.

461. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 461.

Case 4:24-cv-00012-DCLC-MJD    Document 340    Filed 04/09/26    Page 41 of 75
PageID #: 5134

462. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 462.

463. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 463.

464. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 464.

465. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 465.

466. Paragraph 466 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

467. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 467.

468. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 468.

469. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 469.

470. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 470.

471. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 471.

472. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 472.

473. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 473.

474. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 474.

475. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 475.

476. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 476.

477. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 477.

478. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 478.

479. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 479.

480. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 480.

481. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 481.

482. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 482.

483. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 483.

484. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 484.

Case 4:24-cv-00012-DCLC-MJD   Document 340   Filed 04/09/26   Page 43 of 75
PageID #: 5136

485. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 485.

486. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 486.

487. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 487.

488. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 488 regarding individuals other than himself. The allegations as to Lynn are DENIED.

489. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 489 regarding individuals other than himself. The allegations as to Lynn are DENIED as he did not take any notes on February 17, 2023.

490. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 490.

491. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 491.

492. Paragraph 492 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in Paragraph 492 regarding individuals other than himself. The allegations as to Lynn are DENIED.

493. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 493.

494. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 494.

495. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 495 regarding individuals other than himself. It is DENIED that Lynn filed anything with the Court or had input into anything filed with the Court.

496. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 496.

497. ADMITTED.

498. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 498 regarding individuals other than himself. The allegations as to Lynn are DENIED.

499. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 499.

500. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 500.

501. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 501 regarding individuals other than himself. The allegations as to Lynn are DENIED.

502. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 502.

503. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 503 regarding individuals other than himself. The allegations as to Lynn are DENIED.

504. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 504.

505. Paragraph 505 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in Paragraph 505.

506.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 506.

507.    Paragraph 507 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

508.    Paragraph 508 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

509.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 509 regarding individuals other than himself. The allegations as to Lynn are DENIED.

510.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 510.

511.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 511.

512.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 512.

513.    Paragraph 513 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

514.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 514.

515.    Paragraph 515 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

516.    Paragraph 516 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

517.    Paragraph 517 states legal conclusions to which no response is required. To the

extent a response is required, DENIED.

518. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 518 regarding individuals other than himself. The allegations as to Lynn are DENIED.

519. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 519 regarding individuals other than himself. It is ADMITTED that Lynn made no effort to "move up" the hearing.

520. Paragraph 520 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in Paragraph 520 regarding individuals other than himself. The allegations as to Lynn are DENIED.

521. ADMITTED.

522. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 522.

523. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 523. It is ADMITTED Lynn was copied on one *ex parte* email sent by Sheila Younglove to the Court on February 22, 2023.

524. It is ADMITTED that Lynn was copied on an email sent by Younglove to the Court at 11:19 AM on February 22, 2023. Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 524.

525. It is ADMITTED that Lynn was copied on an email sent by Younglove to the Court at 11:19 AM on February 22, 2023, describing Clayborne and Williams' actions as aggressive and alleging they had made threats. Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 525.

526.     It is ADMITTED that Lynn was copied on an email sent by Younglove to the Court at 11:19 AM on February 22, 2023, that does not appear to copy Clayborne, Williams or their counsel. Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 526.

527.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 527 regarding individuals other than himself. It is ADMITTED that Lynn did not make Clayborne, Williams or their counsel aware of the email sent by Younglove at 11:19 AM on February 22, 2023.

528.     ADMITTED.

529.     It is ADMITTED that Taylor and Medina attended the hearing. The remainder of Paragraph 529 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

530.     ADMITTED.

531.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 531.

532.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 532 regarding individuals other than himself. It is ADMITTED that Lynn made no disclosures to Clayborne or Williams at the hearing.

533.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 533.

534.     ADMITTED.

535.     ADMITTED.

536.     Lynn is without information or knowledge to admit or deny the allegations in

48

Paragraph 536.

537.	Paragraph 537 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

538.	Lynn is without information or knowledge to admit or deny the allegations in Paragraph 538 regarding individuals other than himself. As to Lynn: subpart a states a legal conclusion to which no response is required, to the extent a response is required, DENIED; as to subpart b it is ADMITTED that Lynn made a phone call to Judge Perry on February 17, 2023 and that he did not disclose that phone call to anyone outside of DCS, but DENIED as to the remainder; as to subpart c it is ADMITTED that Lynn was copied on an email sent by Younglove to the Court at 11:19 AM on February 22, 2023 that does not appear to copy Clayborne, Williams, or their counsel, but DENIED as to the remainder.

539.	Paragraph 539 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

540.	Lynn is without information or knowledge to admit or deny the allegations in Paragraph 540 regarding individuals other than himself. The allegations as to Lynn are DENIED.

541.	Lynn is without information or knowledge to admit or deny the allegations in Paragraph 541.

542.	Lynn is without information or knowledge to admit or deny the allegations in Paragraph 542.

543.	Lynn is without information or knowledge to admit or deny the allegations in Paragraph 543.

544.	Lynn is without information or knowledge to admit or deny the allegations in Paragraph 544.

545. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 545 regarding individuals other than himself. It is DENIED that Lynn was made aware of the letters described in Paragraphs 544 & 545.

546. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 546.

547. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 547.

548. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 548.

549. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 549.

550. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 550.

551. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 551.

552. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 552.

553. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 553 regarding individuals other than himself. The allegations as to Lynn are DENIED.

554. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 554.

555. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 555.

Case 4:24-cv-00012-DCLC-MJD    Document 340    Filed 04/09/26    Page 50 of 75 PageID #: 5143

556. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 556.

557. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 557.

558. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 558.

559. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 559.

560. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 560.

561. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 561.

562. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 562 regarding individuals other than himself. The allegations as to Lynn are DENIED.

563. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 563.

564. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 564.

565. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 565.

566. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 566.

567. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 567.

568. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 568.

569. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 569.

570. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 570.

571. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 571.

572. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 572.

573. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 573.

574. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 574.

575. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 575.

576. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 576.

577. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 577.

578. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 578.

579. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 579.

580. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 580.

581. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 581.

582. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 582.

583. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 583.

584. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 584.

585. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 585.

586. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 586.

587. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 587.

588. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 588.

589. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 589.

590. Lynn is without information or knowledge to admit or deny the allegations in

Paragraph 590.

591.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 591.

592.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 592.

593.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 593.

594.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 594.

595.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 595.

596.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 596.

597.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 597.

598.    ADMITTED.

599.    It is ADMITTED that Lynn had a phone call with Judge Perry on February 17, 2023 that Lynn did not disclose to Clayborne or Williams. Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 599.

600.    Lynn is without information or knowledge to admit or deny the allegations in Paragraph 600.

601.    It is ADMITTED that Lynn was copied on an email sent by Younglove to the Court at 11:19 AM on February 22, 2023 that does not appear to copy Clayborne, Williams, or their

Case 4:24-cv-00012-DCLC-MJD    Document 340    Filed 04/09/26    Page 54 of 75
PageID #: 5147

counsel. Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 601.

602. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 602.

603. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 603.

604. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 604.

605. It is ADMITTED that Lynn had a phone call with Judge Perry on February 17, 2023. Lynn is without information or knowledge to admit or deny the remainder of the allegations in Paragraph 605.

606. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 606.

607. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 607.

608. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 608.

609. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 609.

610. Paragraph 610 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

611. Paragraph 611 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

612. Paragraph 612 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

613. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 613 regarding individuals other than himself. The allegations as to Lynn are DENIED.

614. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 614 regarding individuals other than himself. The allegations as to Lynn are DENIED.

615. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 615.

616. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 616.

617. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 617.

618. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 618.

619. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 619.

620. Paragraph 620 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

621. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 621.

622. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 622.

623. Paragraph 623 states legal conclusions to which no response is required. To the

extent a response is required, DENIED.

624. Paragraph 624 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

625. Paragraph 625 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

626. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 626.

627. Paragraph 627 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

628. Paragraph 628 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

629. Paragraph 629 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

630. Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

631. Paragraph 631 is an allegation against the THP Trooper Defendants which requires no response.

632. Paragraph 632 is an allegation against the THP Trooper Defendants which requires no response.

633. Paragraph 633 is an allegation against the THP Trooper Defendants which requires no response.

634. Paragraph 634 is an allegation against the THP Trooper Defendants which requires no response.

635. Paragraph 635 is an allegation against the THP Trooper Defendants which requires no response.

636. Paragraph 636 is an allegation against the THP Trooper Defendants which requires no response.

637. Paragraph 637 is an allegation against the THP Trooper Defendants which requires no response.

638. Paragraph 638 is an allegation against the THP Trooper Defendants which requires no response.

639. Paragraph 639 is an allegation against the THP Trooper Defendants which requires no response.

640. Paragraph 640 is an allegation against the THP Trooper Defendants which requires no response.

641. Paragraph 641 is an allegation against the THP Trooper Defendants which requires no response.

642. Paragraph 642 is an allegation against the THP Trooper Defendants which requires no response.

643. Paragraph 643 is an allegation against the THP Trooper Defendants which requires no response.

644. Paragraph 644 is an allegation against the THP Trooper Defendants which requires no response.

645. Paragraph 645 is an allegation against the THP Trooper Defendants which requires no response.

646. Paragraph 646 is an allegation against the THP Trooper Defendants which requires

no response.

647.	Paragraph 647 is an allegation against the THP Trooper Defendants which requires no response.

648.	Paragraph 648 is an allegation against the THP Trooper Defendants which requires no response.

649.	Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

650.	Paragraph 650 is an allegation against the THP Trooper Defendants which requires no response.

651.	Paragraph 651 is an allegation against the THP Trooper Defendants which requires no response.

652.	Paragraph 652 is an allegation against the THP Trooper Defendants which requires no response.

653.	Paragraph 653 is an allegation against the THP Trooper Defendants which requires no response.

654.	Paragraph 654 is an allegation against the THP Trooper Defendants which requires no response.

655.	Paragraph 655 is an allegation against the THP Trooper Defendants which requires no response.

656.	Paragraph 656 is an allegation against the THP Trooper Defendants which requires no response.

657.	Paragraph 657 is an allegation against the THP Trooper Defendants which requires no response.

658. Paragraph 658 is an allegation against the THP Trooper Defendants which requires no response.

659. Paragraph 659 is an allegation against the THP Trooper Defendants which requires no response.

660. Paragraph 660 is an allegation against the THP Trooper Defendants which requires no response.

661. Paragraph 661 is an allegation against the THP Trooper Defendants which requires no response.

662. Paragraph 662 is an allegation against the THP Trooper Defendants which requires no response.

663. Paragraph 663 is an allegation against the THP Trooper Defendants which requires no response.

664. Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

665. Paragraph 665 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

666. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 666.

667. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 667.

668. Paragraph 668 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

669. Paragraph 669 states legal conclusions to which no response is required. To the

extent a response is required, DENIED.

670. Paragraph 670 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

671. Paragraph 671 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

672. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 672 regarding individuals other than himself. The allegations as to Lynn are DENIED.

673. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 673 regarding individuals other than himself. The allegations as to Lynn are DENIED.

674. Paragraph 674 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

675. Paragraph 675 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

676. Paragraph 676 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

677. Paragraph 677 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

678. Paragraph 678 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

679. Paragraph 679 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

680. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 680 regarding individuals other than himself. The allegations as to Lynn are DENIED.

681. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 681 regarding individuals other than himself. The allegations as to Lynn are DENIED.

682. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 682.

683. Paragraph 683 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

684. Paragraph 684 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

685. Paragraph 685 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

686. Paragraph 686 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

687. Paragraph 687 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

688. Paragraph 688 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

689. Paragraph 689 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

690. Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

691. Paragraph 691 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

692. Paragraph 692 states legal conclusions to which no response is required. To the

extent a response is required, DENIED.

693. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 693 regarding individuals other than himself. The allegations as to Lynn are DENIED.

694. Paragraph 694 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

695. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 695 regarding individuals other than himself. The allegations as to Lynn are DENIED.

696. Paragraph 696 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

697. Paragraph 697 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

698. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 698.

699. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 699.

700. Paragraph 700 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

701. Paragraph 701 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

702. Paragraph 702 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

703. Paragraph 703 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

704. Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

705. Paragraph 705 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

706. Paragraph 706 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

707. Paragraph 707 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

708. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 708.

709. Paragraph 709 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

710. Paragraph 710 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

711. Paragraph 711 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

712. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 712 regarding individuals other than himself. The allegations as to Lynn are DENIED.

713. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 713 regarding individuals other than himself. The allegations as to Lynn are DENIED.

714. Paragraph 714 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

715. Paragraph 715 states legal conclusions to which no response is required. To the

extent a response is required, DENIED.

716. Paragraph 716 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

717. Paragraph 717 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

718. Paragraph 718 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

719. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 719 regarding individuals other than himself. The allegations as to Lynn are DENIED.

720. Paragraph 720 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

721. Paragraph 721 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

722. Paragraph 722 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

723. Paragraph 723 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

724. Paragraph 724 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

725. Paragraph 725 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

726. Paragraph 726 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

727. Paragraph 727 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

728. Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

729. Paragraph 729 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

730. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 730 regarding individuals other than himself. The allegations as to Lynn are DENIED.

731. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 731 regarding individuals other than himself. The allegations as to Lynn are DENIED.

732. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 732.

733. Paragraph 733 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

734. Paragraph 734 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

735. Paragraph 735 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

736. Paragraph 736 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

737. Paragraph 737 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

738. Paragraph 738 states legal conclusions to which no response is required. To the

extent a response is required, DENIED.

739. Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

740. Paragraph 740 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

741. Paragraph 741 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

742. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 742.

743. The first clause of Paragraph 743 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in Paragraph 743 regarding individuals other than himself. The allegations as to Lynn are DENIED.

Subpart a of Paragraph 743 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in subpart a of Paragraph 743 regarding individuals other than himself. The allegations as to Lynn are DENIED.

Subpart b of Paragraph 743 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in subpart b of Paragraph 743 regarding individuals other than himself. The allegations as to Lynn are DENIED.

Lynn is without information or knowledge to admit or deny the allegations in Paragraph 743, subpart c regarding individuals other than himself. The

allegations as to Lynn in subpart c are DENIED.

Lynn is without information or knowledge to admit or deny the allegations in Paragraph 743, subpart d regarding individuals other than himself. It is ADMITTED that Lynn called Judge Perry. The remainder of the allegations in Paragraph 743, subpart d as to Lynn are DENIED.

Lynn is without information or knowledge to admit or deny the allegations in Paragraph 743, subpart e regarding individuals other than himself. It is ADMITTED that Lynn called Judge Perry and presented the facts as he knew them to Judge Perry. It is DENIED that Lynn acted in flagrant violation of the law and applicable procedures, and it is DENIED that Lynn had any involvement in the removal of the children.

Subpart f of Paragraph 743 states legal conclusions to which no response is required. To the extent a response is required, Lynn is without information or knowledge to admit or deny the allegations in Paragraph 743, subpart f regarding individuals other than himself. It is ADMITTED that Lynn called Judge Perry and that Lynn did not record the phone call. It is DENIED that Lynn had any involvement in the removal of the children.

Lynn is without information or knowledge to admit or deny the allegations in Paragraph 743, subpart g regarding individuals other than himself. The allegations of Paragraph 743, subpart g as to Lynn are DENIED.

Lynn is without information or knowledge to admit or deny the allegations in Paragraph 743, subpart h regarding individuals other than himself. The allegations of Paragraph 743, subpart h as to Lynn are DENIED.

68

Paragraph 743, subpart i is DENIED.

744. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 744.

745. Paragraph 745 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

746. Paragraph 746 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

747. Paragraph 747 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

748. Paragraph 748 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

749. Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

750. Paragraph 750 is an allegation against Coffee County which requires no response.

751. Paragraph 751 is an allegation against Coffee County which requires no response.

752. Paragraph 752 is an allegation against Coffee County which requires no response.

753. Paragraph 753 is an allegation against Coffee County which requires no response.

754. Paragraph 754 is an allegation against Coffee County which requires no response.

755. Paragraph 755 is an allegation against Coffee County which requires no response.

756. Paragraph 756 is an allegation against Coffee County which requires no response.

757. Paragraph 757 is an allegation against Coffee County which requires no response.

758. Paragraph 758 is an allegation against Coffee County which requires no response.

759. Paragraph 759 is an allegation against Coffee County which requires no response.

760. Paragraph 760 is an allegation against Coffee County which requires no response.

761. Paragraph 761 is an allegation against Coffee County which requires no response.

762. Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

763. Paragraph 763 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

764. Paragraph 764 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

765. Paragraph 765 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

766. Paragraph 766 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

767. Paragraph 767 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

768. Paragraph 768 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

769. Paragraph 769 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

770. Paragraph 770 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

771. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 771 regarding individuals other than himself. It is DENIED that Lynn had any involvement in the removal of the children.

772.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 772 regarding individuals other than himself. It is DENIED that Lynn had any involvement in the removal of the children.

773.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 773 regarding individuals other than himself. The allegations as to Lynn are DENIED.

774.     Paragraph 774 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

775.     Paragraph 775 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

776.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 776 regarding individuals other than himself. The allegations as to Lynn are DENIED.

777.     Lynn is without information or knowledge to admit or deny the allegations in Paragraph 777.

778.     DENIED.

779.     DENIED.

780.     Paragraph 780 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

781.     Paragraph 781 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

782.     Paragraph 782 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

783.     Lynn hereby re-alleges and incorporates the preceding and subsequent paragraphs as if fully set forth herein.

784. Paragraph 784 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

785. Paragraph 785 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

786. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 786 regarding individuals other than himself. The allegations as to Lynn are DENIED.

787. Paragraph 787 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

788. Lynn is without information or knowledge to admit or deny the allegations in Paragraph 788 regarding individuals other than himself. The allegations as to Lynn are DENIED.

789. Paragraph 789 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

790. Paragraph 790 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

791. Paragraph 791 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

792. Paragraph 792 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

793. Paragraph 793 states legal conclusions to which no response is required. To the extent a response is required, DENIED.

## ADDITIONAL DEFENSES

1. Plaintiffs have failed to state a claim against Lynn upon which relief can be granted.

2. Lynn is entitled to absolute immunity for his communications with Judge Perry and any action taken as a legal advocate.

3. Lynn is entitled to qualified immunity as to all claims against him.

4. Lynn is entitled to immunity on Plaintiffs' state law claims under Tenn. Code Ann. § 9-8-307(h).

WHEREFORE, Defendant Dale Lynn requests that the Court enter judgment in his favor and against Plaintiffs, together with costs, reasonable attorney's fees, and any such other relief to which he is entitled.

<div style="margin-left: 40%;">

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

*/s/ Jessica S. Davis*
Jessica S. Davis (PA Bar #94560)
Acting Assistant Attorney General
Jeffrey B. Cadle (BPR #037037)
Senior Assistant Attorney General
Employment Law Division
P. O. Box 20207
Nashville, TN 37202-0207
Telephone:    (615) 532-9631
                   (615) 741-2472
Jessica.Davis@ag.tn.gov
Jeffrey.Cadle@ag.tn.gov

*Attorneys for Dale Lynn*

</div>

<div align="center">**CERTIFICATE OF SERVICE**</div>

I hereby certify that the foregoing Defendant Dale Lynn's Answer to the First Amended Complaint was electronically filed and served on April 9, 2026, via the Court's CM/ECF filing system, upon the following:

Tricia R. Herzfeld
Anthony A. Orlandi
Benjamin A. Gastel
Jeff Preptit
Herzfeld Suetholz Gastel Leniski
and Wall, PLLC
1920 Adelicia Street, Suite 300
Nashville, TN 37212
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
Rubenfeld Law Office, PC
810 Dominican Dr., Ste. 215
Nashville, TN 37228
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

Kristin Ellis Berexa
Grace Patton
Farrar|Bates|Berexa
12 Cadillac Drive, Ste. 480
Brentwood, TN 37207
kberexa@fbb.law
gpatton@fbb.law

*Attorneys for Montana Medina*

Arthur F. Knight, III
Law Office of Arthur F. Knight III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com

*Attorney for Erica Wright-Gilliam*

Meghan Murphy
Peako Jenkins
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
meghan.murphy@ag.tn.gov
peako.jenkins@ag.tn.gov

W. Adam Izell
Law Office of W. Adam Izell, PLLC
P.O. Box 4386
Chattanooga, TN 37405
adam@chattlawyer.com

*Attorneys for Ruben Basaldua, Donnie Clark, James Thompson, and Douglas Foster*

Daniel J. Ripper
Isabella Bombassi
Luther – Anderson, PLLP
P.O. Box 151
Chattanooga, TN 37402
dan@lutheranderson.com
cek@lutheranderson.com
bib@lutheranderson.com

*Attorneys for Katlyn Pelham*

B. Thomas Hickey, Jr.
Rafael Emelio Camacho
Nicholas C. Stevens
Spicer Rudstrom PLLC
537 Market St., Ste. 203
Chattanooga, TN 37402
thickey@spicerfirm.com
rcamacho@spicerfirm.com
nstevens@spicerfirm.com

*Attorneys for Kathleen Velez*

<div align="center">74</div>

Jeffrey R Thompson
Gina Sarli Vogel
Grant A. Carringer
Lewis Thomason, P.O.
900 South Gay St., Ste. 300
P.O. Box 2425
Knoxville, TN 37901
jrthompson@lewisthomason.com
gvogel@lewisthomason.com
gcarringer@lewisthomason.com

*Attorneys for Coffee County Tennessee,*
*Officer Alan Crabtree, Officer Alex Bell,*
*Chief Deputy Frank Watkins, Stephen*
*Sharketti, and James Sherrill*

*/s/ Jessica S. Davis*
Jessica S. Davis