**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **BIANCA CLAYBORNE,** | ) | |
| **Individually** | ) | |
| **And as next friend of J.C., D.W.,** | ) | |
| **L.W., A.C., and P.C.,** | ) | |
| | ) | **CASE NO. 4:24-CV-00012** |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **RUBEN BASALDUA** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF SETTLEMENT AS TO DEFENDANTS' KATLYN TAYLOR, KATHLEEN VELEZ, AND ERICA WRIGHT-GILLIAM**

COMES NOW, Plaintiffs and Defendants Katlyn Taylor, Erica Wright-Gilliam, and Kathleen Velez, by and through undersigned counsel, and respectfully notify the Court that an agreement on all material terms to settle the claims between Plaintiffs and the settling Defendants has been reached, and such "settlement-in-principle" has been approved by the State of Tennessee.

Because this settlement involves several minors, the settling parties are preparing the appropriate filings seeking the Court's approval of such minor settlement. These parties anticipate filing the Motion for Minor Settlement for approval prior to the Final Pre-Trial Conference scheduled on May 05, 2026.

**[ATTORNEYS' SIGNATURES ON FOLLOWING PAGE]**

Dated: April 28, 2025 Respectfully submitted,

BY:_____/s/ Tricia Herzfeld_____

**TRICIA R. HERZFELD, TN BPR (#26014)**
**ANTHONY A. ORLANDI, TN BPR (#33988)**
**BENJAMIN A. GASTEL, TN BPR (#28699)**
**JEFF PREPTIT, TN BPR (#38451)**
*Attorneys for Plaintiffs*
HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

BY:____/s/ Isabella Bombassi_____

**DANIEL J. RIPPER, TN BPR 015642**
**ISABELLA F. BOMBASSI, TN BPR 042386**
*Attorney for Katlyn Taylor*
LUTHER - ANDERSON, PLLP
P.O. Box 151
Chattanooga, Tennessee 37402
(423) 756-5034
(423) 265-9903(fax)
dan@lutheranderson.com
bib@lutheranderson.com

BY:____/s/ Arthur Knight_____

**ARTHUR F. KNIGHT III, TN BPR**
*Attorney for Erica Wright-Gilliam*
Law Office of Arthur F. Knight III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
arthur@arthurfknightlaw.com

BY:___/s/ Thomas Hickey_____ _____
**THOMAS HICKEY, JR., TN BPR 019105**
**RAFAEL E. CAMACHO, TN BPR 039869**
*Attorneys for Kathleen Velez*
SPICER RUDSTROM PLLC
537 Market St., Ste. 203
Chattanooga, TN 37402
P: 423-541-9809
thickey@spicerfirm.com
rcamacho@spicerfirm.com
nstevens@spicerfirm.com

CERTIFICATE OF SERVICE

I hereby certify that I will electronically file this Notice for the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Tricia Herzfeld<br>Anthony A. Orlandi<br>**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**<br>1920 Adelicia Street<br>Suite 300<br>Nashville, TN 37212<br>615-800-6225<br>Email: tricia@hsglawgroup.com<br><br>*Attorneys for the Plaintiff* | Jeffrey R Thompson<br>Gina Sarli Vogel<br>Grant A. Carringer<br>**Lewis Thomason, P.C.**<br>900 South Gay St., Ste. 300<br>P.O. Box 2425<br>Knoxville, TN 37901<br>865-546-4646<br>jrthompson@lewisthomason.com<br>gvogel@lewisthomason.com<br>GCarringer@LewisThomason.com<br><br>*Attorneys for Coffee County, Tennessee, and Officer Crabtree* |
| Meghan Murphy<br>Peako Jenkins<br>**Office of the Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Phone (615) 253-3890<br>meghan.murphy@ag.tn.gov<br>Peako.Jenkins@ag.tn.gov<br><br>W. Adam Izell<br>**Law Office of W. Adam Izell, PLLC**<br>P.O. Box 4386<br>Chattanooga, TN 37405<br>Telephone: (423) 888-3022<br>adam@chattlawyer.com | Kristin Ellis Berexa<br>Grace Patton<br>**Farrar\|Bates\|Berexa**<br>12 Cadillac Drive, Ste. 480<br>Brentwood, TN 37207<br>Telephone: (615) 254-3060<br>kberexa@fbb.law<br>gpatton@fbb.law<br><br>*Attorneys for Montana Medina* |

| | |
|---|---|
| ***Attorneys for Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson*** | |
| Arthur F. Knight III<br>**Law Office of Arthur F. Knight III**<br>3248 Tazewell Pike, Suite 103<br>Knoxville, TN 37918<br>P: (865) 252-0430<br>arthur@arthurfknightlaw.com<br><br>***Attorney for Erica Wright-Gilliam*** | Thomas Hickey, Jr.<br>Rafael E. Camacho<br>**SPICER RUDSTROM PLLC**<br>537 Market St., Ste. 203<br>Chattanooga, TN 37402<br>P: 423-541-9809<br>thickey@spicerfirm.com<br>rcamacho@spicerfirm.com<br><br>***Attorney for Kathleen Velez*** |
| E. Ashley Carter<br>Jeffrey B. Cadle<br>**Office of Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>P. 615-741-7932<br>Ashley.Carter@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br><br>***Attorney for Dale Lynn*** | |

This the 28th day of April, 2026.


**LUTHER - ANDERSON, PLLP**


BY:_____/s/ Isabella Bombassi_____
**DANIEL J. RIPPER, TN BPR 015642**
**ISABELLA F. BOMBASSI, TN BPR 042386**
*Attorneys for Katlyn Taylor*
P.O Box 151
Chattanooga, Tennessee 37401-0151
(423) 756-5034
(423) 265-9903 (Facsimile)