BIANCA CLAYBORNE, individually ) 
and as parent and next friend of minors )
J.C., D.W., L.W., A.C., and P.C., )
)  **Case No.: 4:24-cv-00012**
    Plaintiff, )
)  **Judge Clifton L. Corker**
v. )
)  **JURY DEMANDED**
RUBEN BASALDUA, et al., )
)
    Defendants. )

## JOINT MOTION BY DALE LYNN AND PLAINTIFFS TO CONTINUE TRIAL, CANCEL PRETRIAL CONFERENCE, AND STAY ALL PROCEEDINGS AGAINST DALE LYNN IN LIGHT OF SETTLEMENT IN PRINCIPLE

Plaintiffs and Defendant Dale Lynn, the only remaining live Defendant in this action, have reached a settlement in principle and respectfully move the Court to stay all proceedings against Lynn, cancel the pretrial conference, and continue the trial pending further developments.

Plaintiffs are Bianca Clayborne and (via Ms. Clayborne as next friend) her five minor children. Their Amended Complaint (Dkt. 92) asserts claims related to a February 17, 2023 incident. In December 2025, Plaintiffs reached settlements in principle with three DCS Defendants (Katlyn Taylor, Kathleen Velez, and Erica Wright-Gilliam) contingent on approval by the Tennessee Board of Claims, which approved the settlements on April 28, 2026. In light of that approval, Plaintiffs and those defendants are in the process of filing and finalizing the settlement and preparing minor settlement approval papers. (*Id.*) The Court separately granted summary judgment to the THP Defendants and County Defendants (Dkt. 354 and 355), but denied in part Dale Lynn's motion for summary judgment (Dkt. 536). As reflected in the proposed Pretrial Order (Dkt. 358), the case accordingly was proceeding to trial only as to Mr. Lynn.

1

Today (May 1, 2026), Plaintiffs and Mr. Lynn have reached a settlement in principle of Plaintiffs' claims against Mr. Lynn. As with the settlements for other DCS Defendants, this settlement is contingent on approval by the Tennessee Board of Claims. A petition to approve the settlement will need to be presented at a future Board of Claims meeting, which the Board has not set yet and will certainly not occur before the existing trial date. As to the minor children, the settlement will also need to be approved by this Court. Plaintiffs and Lynn agree it would not be a good use of party resources or serve judicial economy to continue litigating while they await approval by the State and this Court. Further litigation would add significantly to the attorney's fees and costs on both sides, including substantial costs that would be borne by the State in connection with pretrial proceedings and trial, along with significant expert costs and trial-related costs that would be borne by the Plaintiffs and potentially reduce their ultimate net recovery. It would also not serve the interest of judicial economy to have the Court adjudicate remaining motions (including motions *in limine* and *Daubert* motions), address remaining legal disputes and exhibit admissibility disputes between Plaintiffs and Lynn, and hold a trial when the parties have agreed to a settlement in principle that would render all of that effort moot.

The Court previously granted a stay in light of settlements in principle with Taylor, Wright-Gilliam, and Velez to the permit those parties to undertake the approval process through the Board of Claims and this Court. (Dkt. 256). Plaintiffs and Lynn similarly request a stay of all proceedings against Lynn for the same reasons. Because Lynn is the only remaining live Defendant who was proceeding to trial, Plaintiffs and Lynn also request that the Court cancel the pretrial conference and continue the trial at this time. This relief will not prejudice any other Defendants, who have either been granted summary judgment or have settled.

2

<div style="margin-left: 45%;">

/s/ *Anthony A. Orlandi*_____
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
Benjamin A. Gastel (#28699)
Jeff Preptit (#38451)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

/s/ *Jeffrey B. Cadle*_____
E. Ashley Carter
Jeffrey B. Cadle
Jessica Davis
**Office of Tennessee Attorney General**
P.O. Box 20207
Nashville, Tennessee 37202
P. 615-741-7932
Ashley.Carter@ag.tn.gov
Jeffrey.cadle@ag.tn.gov
Jessica.davis@ag.tn.gov

*Attorney for Dale Lynn*

</div>

3

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

I hereby certify that a copy of the foregoing document was served on this 1st day of May 2026 by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| Jeffrey R Thompson<br>Gina Sarli Vogel<br>Grant A. Carringer<br>**Lewis Thomason, P.C.**<br>900 South Gay St., Ste. 300<br>P.O. Box 2425<br>Knoxville, TN 37901<br>865-546-4646<br>jrthompson@lewisthomason.com<br>gvogel@lewisthomason.com<br>GCarringer@LewisThomason.com<br><br>***Attorneys for Coffee County Tennessee and Officer Crabtree*** | Daniel J. Ripper<br>Chloe Kennedy<br>Isabella Bombassi<br>**Luther Anderson PLLP**<br>P.O. Box 151<br>Chattanooga, Tennessee 37402<br>(423) 756-5034<br>dan@lutheranderson.com<br>cek@lutheranderson.com<br>bib@lutheranderson.com<br><br>***Attorney for Katlyn Pelham*** |
| Meghan Murphy<br>Peako Jenkins<br>**Office of the Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Phone (615) 253-3890<br>meghan.murphy@ag.tn.gov<br>Peako.Jenkins@ag.tn.gov<br><br>W. Adam Izell<br>**Law Office of W. Adam Izell, PLLC**<br>P.O. Box 4386<br>Chattanooga, TN 37405<br>Telephone: (423) 888-3022<br>adam@chattlawyer.com<br><br>***Attorneys for Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson*** | Kristin Ellis Berexa<br>Grace Patton<br>**Farrar\|Bates\|Berexa**<br>12 Cadillac Drive, Ste. 480<br>Brentwood, TN 37207<br>Telephone: (615) 254-3060<br>kberexa@fbb.law<br>gpatton@fbb.law<br><br>***Attorneys for Montana Medina*** |
| Arthur F. Knight III<br>**Law Office of Arthur F. Knight III**<br>3248 Tazewell Pike, Suite 103<br>Knoxville, TN 37918<br>P: (865) 252-0430<br>arthur@arthurfknightlaw.com | Thomas Hickey, Jr.<br>Rafael E. Camacho<br>Nicholas C. Stevens<br>**SPICER RUDSTROM PLLC**<br>537 Market St., Ste. 203<br>Chattanooga, TN 37402 |

<div align="center">

4

</div>

| | |
|---|---|
| ***Attorney for Erica Wright-Gilliam*** | P: 423-541-9809<br>thickey@spicerfirm.com<br>rcamacho@spicerfirm.com<br>nstevens@spicerfirm.com<br><br>***Attorney for Kathleen Velez*** |
| E. Ashley Carter<br>Jeffrey B. Cadle<br>Jessica Davis<br>**Office of Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>P. 615-741-7932<br>Ashley.Carter@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br>Jessica.davis@ag.tn.gov<br><br>***Attorney for Dale Lynn*** | |

*/s/ Anthony A. Orlandi*
Anthony A. Orlandi

5