UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

BIANCA CLAYBORNE, individually and )
as parent and next friend of minors J.C., )
D.W., L.W., A.C., and P.C., ) 4:24-CV-00012-DCLC-MJD
)
Plaintiffs, )
)
v. )
)
RUBEN BASALDUA, et al., )
)
Defendants. )

**ORDER**

Plaintiffs and Defendant Dale Lynn have notified the Court they have agreed upon settlement terms in this case, with settlement being conditioned upon approval of such terms by the Tennessee Board of Claims. [Doc. 359]. They now move to stay all proceedings against Lynn, cancel the pretrial conference, and continue the trial pending further developments. The motion is well-taken and **GRANTED.** Accordingly, the Court hereby **STAYS** all proceedings against Lynn. The parties **SHALL** notify the Court of the settlement status within seven days of the Tennessee Board of Claims' decision. It is further **ORDERED** that the Final Pretrial Conference set for May 5, 2026, and the Jury Trial set for May 19, 2026 are **CANCELLED**.

       **SO ORDERED:**

                    s/ Clifton L. Corker
                    United States District Judge