# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT WINCHESTER

| | | |
|---|---|---|
| BIANCA CLAYBORNE, individually and as parent and next friend of minors J.C., D.W., L.W., A.C., and P.C., | ) ) ) | |
| | ) | **Case No.: 4:24-cv-00012** |
| Plaintiff, | ) | |
| | ) | **District Judge Clifton L. Corker** |
| v. | ) | **Magistrate Judge Michael J. Dumitru** |
| | ) | |
| RUBEN BASALDUA, et al., | ) | **JURY DEMANDED** |
| | ) | |
| Defendants. | ) | |

## <u>UNOPPOSED MOTION FOR LEAVE TO EXCUSE MINORS' ATTENDANCE AND TO PERMIT PARENT AND NEXT FRIEND TO APPEAR REMOTELY</u>

Plaintiffs respectfully move this Court for entry of an Order excusing J.C., D.W., L.W., A.C., and P.C. (the "Minor Plaintiffs") from attending any hearing set in this matter on the parties' Joint Motion to Approve Minor Settlement and to permit their mother and next friend, Bianca Clayborne, to appear remotely.

Minor Plaintiffs are school age and younger, ages ranging from 3-11. It would serve little substantive purpose for any of the children to participate in the hearing and would result in disruption to their education, including missed instruction time at school. Their presence is not necessary as their interests are protected and represented by their mother and attorneys. As to Ms. Clayborne, she is the primary caretaker for her five small children and lives a significant distance from any potential hearing location.[1] Requiring her to travel a long distance with five small children would impose a substantial and unnecessary burden.

---

[1] Ms. Clayborne lives in Sneedville, Georgia, which is about 140 miles from the Chattanooga courthouse and over 225 miles from the Greenville courthouse.

Under T.C.A. § 29-34-105(a)(2), the court "may, in its discretion, conduct the hearing in chambers or by remote communication and may excuse the minor from attending."[2] Here, the Minor Plaintiffs, acting through their mother, Ms. Clayborne, respectfully request that the Court excuse them from attending the hearing and that Ms. Clayborne be permitted to participate remotely. Plaintiffs do not anticipate the need for testimony from Ms. Clayborne. However, if testimony is required, Ms. Clayborne will be prepared to testify remotely. Providing testimony remotely would not adversely affect the Court's ability to adjudicate the motion, nor would it cause undue prejudice to any party.

These considerations are sufficient to excuse the Minors' attendance under T.C.A. 29-34-105(a)(4) and T.C.A. § 34-1-121(a).

For these reasons, it would be in the best interest of the Minor Plaintiffs to be excused from personal attendance and to have their Mother participate remotely.

---

[2] T.C.A. § 34-1-121(a) also provides that a court considering a settlement of a person with a legal disability can "waive requirements . . . if the court finds it is in the best interests of the minor or person with a disability to waive such requirements, particularly where strict compliance would be too costly or place an undue burden on the fiduciary or the minor or the person with a disability." This has been interpreted to give the court broad discretion, such as to waive other mandatory requirements like appointing a guardian ad litem under other provisions of law. *See, e.g.*, *In re Conservatorship of Trout*, 2009 WL 3321337, at *14 (Tenn. Ct. App. Oct. 15, 2009); 26 Tenn. Prac. Elder Law § 10:11 (2025 ed.) (Appointment of a Guardian Ad Litem – Waiver); § 10:34. Court discretion, 26 Tenn. Prac. Elder Law § 10:34 (2025 ed.) ("The court is granted broad authority to either require additional actions not specifically defined by the provisions of the law or waive requirements, even those where there is no apparent authority for waiver.") 18 Tenn. Prac., Probate Law § 13:39 (3d ed.) § 13:39. Court discretion, 18 Tenn. Prac., Probate Law § 13:39 (3d ed.) (same)

2

Dated: May 5, 2026                          Respectfully submitted,

*/s/ Anthony Orlandi*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
Benjamin A. Gastel (#28699)
Jeff Preptit (#38451)
**HERZFELD SUETHOLZ GASTEL
LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing document was served on this 5th day of May 2026 by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| Jeffrey R Thompson<br>Gina Sarli Vogel<br>Grant A. Carringer<br>**Lewis Thomason, P.C.**<br>900 South Gay St., Ste. 300<br>P.O. Box 2425<br>Knoxville, TN 37901<br>865-546-4646<br>jrthompson@lewisthomason.com<br>gvogel@lewisthomason.com<br>GCarringer@LewisThomason.com<br><br>***Attorneys for Coffee County Tennessee and Officer Crabtree*** | Daniel J. Ripper<br>Chloe Kennedy<br>Isabella Bombassi<br>**Luther Anderson PLLP**<br>P.O. Box 151<br>Chattanooga, Tennessee 37402<br>(423) 756-5034<br>dan@lutheranderson.com<br>cek@lutheranderson.com<br>bib@lutheranderson.com<br><br>***Attorney for Katlyn Pelham*** |
| Meghan Murphy<br>Peako Jenkins<br>**Office of the Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Phone (615) 253-3890<br>meghan.murphy@ag.tn.gov<br>Peako.Jenkins@ag.tn.gov<br><br>W. Adam Izell<br>**Law Office of W. Adam Izell, PLLC**<br>P.O. Box 4386<br>Chattanooga, TN 37405<br>Telephone: (423) 888-3022<br>adam@chattlawyer.com<br><br>***Attorneys for Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson*** | Kristin Ellis Berexa<br>Grace Patton<br>**Farrar\|Bates\|Berexa**<br>12 Cadillac Drive, Ste. 480<br>Brentwood, TN 37207<br>Telephone: (615) 254-3060<br>kberexa@fbb.law<br>gpatton@fbb.law<br><br>***Attorneys for Montana Medina*** |
| Arthur F. Knight III<br>**Law Office of Arthur F. Knight III**<br>3248 Tazewell Pike, Suite 103<br>Knoxville, TN 37918<br>P: (865) 252-0430<br>arthur@arthurfknightlaw.com<br><br>***Attorney for Erica Wright-Gilliam*** | Thomas Hickey, Jr.<br>Rafael E. Camacho<br>Nicholas C. Stevens<br>**SPICER RUDSTROM PLLC**<br>537 Market St., Ste. 203<br>Chattanooga, TN 37402<br>P: 423-541-9809<br>thickey@spicerfirm.com<br>rcamacho@spicerfirm.com<br>nstevens@spicerfirm.com |

|  | *Attorney for Kathleen Velez* |
|---|---|
| E. Ashley Carter<br>Jeffrey B. Cadle<br>Jessica Davis<br>**Office of Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>P. 615-741-7932<br>Ashley.Carter@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br>Jessica.davis@ag.tn.gov<br><br>***Attorney for Dale Lynn*** |  |

/s/ Anthony A. Orlandi
Anthony A. Orlandi

5

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the following parties via email on this 14th day of November 2025:

John Tarpley
Lewis Thomason, P.C.
424 Church St., Ste. 2500
Nashville, TN 37219
jtarpley@lewisthomason.com

*Attorney for Defendants*

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld
