IN THE UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF TENNESSEE
AT GREENEVILLE

CIVIL MINUTES: *MOTION HEARING- VIDEO*

**BIANCA CLAYBORNE**    v.    **RUBEN BASALDUA ET AL**

CASE NUMBER: 4:24-CV-12

DATE:   5/26/26

TIME: 10:08   TO 10:18

Honorable **Clifton L. Corker** ,U.S. District Judge, Presiding

| | |
|---|---|
| Leah Kingry | Tina Gibson |
| Deputy Clerk | Court Reporter |

PLAINTIFF(S)                                                    ATTORNEY(S)

Bianca Clayborne                              Tricia Herzfeld
                                                            Anthony A Orlandi

V.

DEFENDANT(S)

Ruben Basaldua et al                          Jessica Davis
                                                            Thomas Hickey
                                                            Arthur Knight
                                                            Bella Bombassi

**PROCEEDINGS:**

   **Re:**  Minor Settlement Agreement

☑ **Opening statements by the Court**

☐ **Oral Arguments made by counsel for:**

☐ **No objections made by:**

☑ **Hearing rescheduled :  Thursday, May 28, 2026 at 2:30 p.m. by video**

☑ **Order(s) to enter**