IN THE UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF TENNESSEE
AT GREENEVILLE

CIVIL MINUTES: *MOTION HEARING* - *VIDEO*

**BIANCA CLAYBORNE**       v. **RUBEN BASALDUA ET AL**

CASE NUMBER: 4:24-cv-12

DATE:   5/28/26

TIME: 2:36pm  TO 2:52 PM

Honorable **Clifton L. Corker**    ,U.S. District Judge, Presiding

| | |
|---|---|
| Claire Aiken | Tina Gibson |
| Deputy Clerk | Court Reporter |

PLAINTIFF(S)                                                    ATTORNEY(S)

Bianca Clayborne - appeared by video                    Tricia Herzfeld

                                                                        Anthony A Orlandi

V.

 DEFENDANT(S)

Ruben Basaldua et al                                        Jessica Davis

                                                                        Thomas Hickey

                                                                        Jeffrey Cadle

                                                                        Bella Bombassi

**PROCEEDINGS:**

   **Re:**  Minor Settlement Agreement

☑ **Opening statements by the Court**

☑ **Oral Arguments made by counsel for:**  Plaintiff

☑ **No objections made by:** Defendants

☐ **Trial rescheduled :**

☑ **Order(s) to enter**