# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

BIANCA CLAYBORNE, individually )
and as parent and next friend of minors )
J.C., D.W., L.W., A.C., and P.C., )
           )   Case No.: 4:24-cv-00012
    Plaintiff, )
           )   District Judge Clifton L. Corker
v.            )   Magistrate Judge Michael J. Dumitru
           )
RUBEN BASALDUA, et al.,     )   JURY DEMANDED
           )
    Defendants.     )

## <u>AGREED ORDER ON JOINT MOTION FOR MINOR SETTLEMENT APPROVAL</u>

Plaintiffs and Defendants Katlyn Taylor, Kathleen Velez and Erica Wright-Gilliam have jointly moved for approval of three minor settlements.

The settlement concerns claims by J.C., D.W., L.W., A.C., and P.C. (the "Children"). Plaintiffs Bianca Clayborne and her children (acting through Ms. Clayborne as next friend) brought suit against Ms. Taylor, Ms. Velez, Ms. Wright-Gilliam, and others. On December 16, 2025, these six Plaintiffs (Ms. Clayborne and her five children) entered into settlements in principle with Ms. Taylor for ███████████████ ), Ms. Wright-Gilliam ████████████████████ ██████ , and Ms. Velez for ██████ , subject to approval by the Tennessee Board of Claims. On April 28, 2026, the Tennessee Board of Claims approved these settlements.

On May 5, 2026, Plaintiffs and Ms. Taylor, Ms. Velez, and Ms. Wright-Gilliam jointly ██████████ moved for approval of the settlements as to the five minor Children. Of the gross ███████ recovery for all Plaintiffs, the Children would recover a gross amount of ██████ from Taylor, ████████ from Wright-Gilliam, and ████████ from Velez).

1

Plaintiffs' counsel incurred ████████ in costs through the date December 16, 2025 when the parties reached a settlement in principle. Plaintiffs' counsel seek to ████████████████████ ████████████████████████████████████████████ ████████████████████████████ Plaintiffs' counsel also seek to recover a 1/3 contingency fee and ██████████████████████████████. After these fee and costs assessments, the children would receive net settlement proceeds of ████████ ████████████████████. Plaintiffs propose that the net settlement proceeds be ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████

The Court finds that the Settlement is in the best interest of the Children per T.C.A. §§ 29-34-105 and 34-1-121. The Court finds that the 33 1/3% contingency fee requested by Plaintiffs' counsel is fair and reasonable under the standards set forth in Rule of Professional Conduct 1.5 (within Tenn. Sup. Ct. Rule 8) as incorporated into *Wright ex rel. Wright v. Wright*, 337 S.W.3d 166, 176-177 (Tenn. 2011). The Court further finds that Plaintiffs' counsel's request for allocated costs of ████████████████████████████████ is appropriate and reflects costs reasonably incurred in prosecuting claims for the best interests of the Children.

Accordingly, the Court **ORDERS** as follows:

1. The Settlements with Ms. Taylor, Ms. Wright-Gilliam, and Ms. Velez are **APPROVED.**

2. The children shall receive net settlement proceeds as follows, allocated as indicated:

    i. ████████████████████

2



vi. ████████████████████████████████████



3. The settling parties shall work cooperatively with the State to facilitate payments to be made by the State, which shall be done expeditiously and in any event by no later than June 29, 2026; provided, however, that the payment deadline is subject to extension by future motion to the extent that payment cannot be made by the State within such time. Once all payments set forth in this Order are made by the State and have cleared, Plaintiffs and Ms. Taylor, Ms. Velez, and Ms. Wright-Gilliam shall file a stipulated dismissal with prejudice within seven days. Until that time, the Court shall retain jurisdiction to enforce the settlements and the terms of this Order.

**IT IS SO ORDERED.**

DATED: May 28, 2026

District Court Judge Clifton L. Corker

4

Agreed for Entry:

*/s/ Anthony Orlandi*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
Benjamin A. Gastel (#28699)
Jeff Preptit (#38451)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

*/s/ Daniel J. Ripper*

Daniel J. Ripper
Chloe Kennedy
Isabella Bombassi
Luther Anderson PLLP
P.O. Box 151
Chattanooga, Tennessee 37402
(423) 756-5034
dan@lutheranderson.com
cek@lutheranderson.com
bib@lutheranderson.com

*Attorneys for Katlyn Taylor*

*/s/ Arthur F. Knight III*

Arthur F. Knight III
Law Office of Arthur F. Knight III
3248 Tazewell Pike, Suite 103

5

Knoxville, TN 37918
P: (865) 252-0430
arthur@arthurfknightlaw.com


*Attorney for Erica Wright-Gilliam*


*/s/ Thomas Hickey, Jr.*

Thomas Hickey, Jr.
Rafael E. Camacho
Nicholas C. Stevens
SPICER RUDSTROM PLLC
537 Market St., Ste. 203
Chattanooga, TN 37402
P : 423-541-9809
thickey@spicerfirm.com
rcamacho@spicerfirm.com
nstevens@spicerfirm.com


*Attorney for Kathleen Velez*

6