**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| BIANCA CLAYBORNE, | ) | |
| individually and as parent and next | ) | |
| friend of minors, J.C., D.W., L.W., | ) | |
| A.C., and P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:24-cv-00012 |
| | ) | |
| RUBEN BASALDUA, et. al. | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Gina S. Vogel hereby gives notice of her withdrawal as counsel of record for the Defendants Coffee County, Tennessee, Alan Crabtree, Alex Bell, Frank Watkins, Stephen Sharketti, and James Sherrill. Jeff Thompson shall remain as counsel of record. Gina S. Vogel can be removed from the case's service list.

Respectfully submitted this 3rd day of June, 2026.

*/s/ Gina S. Vogel*
Jeff R. Thompson, Esq. (BPR #020310)
Gina S. Vogel, Esq. (BPR #033526)
LEWIS THOMASON, P.C.
900 S. Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37901-2425
(865) 546-4646
JRThompson@lewisthomason.com
GCarringer@lewisthomason.com

*Attorneys for Defendants Coffee County, Tennessee, Officer Alan Crabtree, Officer Alex Bell, Chief Deputy Frank Watkins, Sergeant Stephen Sharketti, and Lieutenant James Sherrill*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 3rd day of June, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Gina S. Vogel*