# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

BIANCA CLAYBORNE, individually
and as parent and next friend of minors
J.C., D.W., L.W., A.C., and P.C.,

    Plaintiff,

v.

RUBEN BASALDUA, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 4:24-cv-00012

District Judge Clifton L. Corker
Magistrate Judge Michael J. Dumitru

JURY DEMANDED

### [PROPOSED] ORDER MODIFYING COURT'S ORDER ON MINOR SETTLEMENT APPROVAL

On May 12, 2026, Plaintiffs and Defendants Katlyn Taylor, Kathleen Velez and Erica Wright-Gilliam jointly moved for approval of three minor settlements. (Dkt. 365-1.) On May 29, 2026, the Court issued a sealed Agreed Order on Joint Motion for Minor Settlement Approval. (Dkt. 372.) Plaintiffs have filed Motion and Memorandum to Modify Minor Settlement Order ("Motion to Modify"). (Dkt. 380.)

The Court hereby **GRANTS** the Motion to Modify. The Court finds that the proposed modifications are in the best interests of the five minor children. Accordingly, the Court hereby **MODIFIES** that Order as follows:

1. The children shall receive net settlement proceeds as follows, allocated as indicated:





The time period for the State to make any required payments is hereby reset to 28 days from the Entry of this Order, provided, however, that the payment deadline is subject to extension by future motion to the extent that payment cannot be made by the State within such time.

Except as modified in this Order, all other terms of the Court's May 29, 2026 Minor Settlement Approval Order remain in full force and effect.

**IT IS SO ORDERED.**

DATED: _____                    _____

                                         District Court Judge Clifton L. Corker

2