UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| **BIANCA CLAYBORNE, individually and as parent and next friend of minors J.C., D.W., L.W., A.C., and P.C.,** | ) | |
| **Plaintiff,** | ) | **Case No.: 4:24-cv-00012** |
| **v.** | ) | **Judge Clifton L. Corker** |
| **RUBEN BASALDUA, et al.,** | ) | **JURY DEMANDED** |
| **Defendants.** | ) | |

## NOTICE CONCERNING SETTLEMENT APPROVAL PROCESS

Plaintiffs provide this notice to update the Court about the minor settlement approval process. Plaintiffs initially reached settlements in principle with DCS Defendants Katlyn Taylor, Erica Wright-Gilliam, and Kathleen Velez. On May 29, 2026, the Court issued a sealed Order on Minor Settlement Approval (Dkt. 372), which in substance approved the proposed settlements as they related to the five minor children, including a structure for each child's net settlement proceeds.

On June 26, 2026, Plaintiffs filed a Motion seeking to modify that structure. In the interim, Plaintiffs and the remaining DCS Defendant, Dale Lynn, reached a settlement in principle and jointly requested a stay of proceedings (Dkt. 360), which the Court granted (Dkt. 366). As with the previous round of DCS Defendant settlements, the settlement with Lynn requires approval by the Tennessee Board of Claims. Plaintiffs have no control over when the Board meets. Plaintiffs initially understood that the Board would be meeting in late July or August, but were later informed that the Board had been unable to convene a quorum and were seeking to meet in September

instead. Today, after following up, Plaintiffs were informed that Board is now polling for a potential meeting in late October to consider the settlement between Plaintiffs and Lynn.

Plaintiffs believe that it would be most efficient to address in one hearing the pending Motion to modify the structure of the original settlements and, assuming that the Board approves it, the settlement with Lynn for which Plaintiffs would file an appropriate approval motion. Accordingly, Plaintiffs intend to provide the Court a further update by no later than **November 5, 2026** as to where things stand with the Lynn settlement and proposed next steps to finish the approval process.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Anthony A. Orlandi*_____________
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
Benjamin A. Gastel (#28699)
Jeff Preptit (#38451)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com

Abby R. Rubenfeld
**Rubenfeld Law Office, PC**
810 Dominican Drive, Ste. 215
Nashville, TN 37228
Telephone: (615) 386-9077
arubenfeld@rubenfeldlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on this 21st day of September 2026 by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| Jeffrey R Thompson<br><br>**Lewis Thomason, P.C.**<br>900 South Gay St., Ste. 300<br>P.O. Box 2425<br>Knoxville, TN 37901<br>865-546-4646<br>jrthompson@lewisthomason.com<br><br>***Attorneys for Coffee County Tennessee and Officer Crabtree*** | Daniel J. Ripper<br>Chloe Kennedy<br>Isabella Bombassi<br>**Luther Anderson PLLP**<br>P.O. Box 151<br>Chattanooga, Tennessee 37402<br>(423) 756-5034<br>dan@lutheranderson.com<br>cek@lutheranderson.com<br>bib@lutheranderson.com<br><br>***Attorney for Katlyn Pelham*** |
| Meghan Murphy<br>Peako Jenkins<br>**Office of the Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Phone (615) 253-3890<br>meghan.murphy@ag.tn.gov<br>Peako.Jenkins@ag.tn.gov<br><br>W. Adam Izell<br>**Law Office of W. Adam Izell, PLLC**<br>P.O. Box 4386<br>Chattanooga, TN 37405<br>Telephone: (423) 888-3022<br>adam@chattlawyer.com<br><br>***Attorneys for Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson*** | Kristin Ellis Berexa<br>Grace Patton<br>**Farrar\|Bates\|Berexa**<br>12 Cadillac Drive, Ste. 480<br>Brentwood, TN 37207<br>Telephone: (615) 254-3060<br>kberexa@fbb.law<br>gpatton@fbb.law<br><br>***Attorneys for Montana Medina*** |
| Arthur F. Knight III<br>**Law Office of Arthur F. Knight III**<br>3248 Tazewell Pike, Suite 103<br>Knoxville, TN 37918<br>P: (865) 252-0430<br>arthur@arthurfknightlaw.com<br><br>***Attorney for Erica Wright-Gilliam*** | Thomas Hickey, Jr.<br>Rafael E. Camacho<br>Nicholas C. Stevens<br>**SPICER RUDSTROM PLLC**<br>537 Market St., Ste. 203<br>Chattanooga, TN 37402<br>P: 423-541-9809<br>thickey@spicerfirm.com<br>rcamacho@spicerfirm.com |

| | |
|---|---|
| | nstevens@spicerfirm.com<br><br>***Attorney for Kathleen Velez*** |
| E. Ashley Carter<br>Jeffrey B. Cadle<br>Jessica Davis<br>**Office of Tennessee Attorney General**<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>P. 615-741-7932<br>Ashley.Carter@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br>Jessica.davis@ag.tn.gov<br><br>***Attorney for Dale Lynn*** | |

*/s/ Anthony A. Orlandi*
Anthony A. Orlandi