UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| BIANCA CLAYBORNE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:24-CV-00012-DCLC-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN BASALDUA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

As all claims in this matter have either been dismissed by the Court or settled between the parties, all pending pre-trial and dispositive motions [Docs. 189, 194, 204, 207, 216, 222, 224, 228, 229, 295, 303, 349, 350, 351, 352] are **DENIED AS MOOT**. The Court will schedule a hearing on the pending Motion to Modify the Minor Settlement Approval Order [Doc. 380] after Plaintiffs provide notice of the Tennessee Board of Claims' completed review of the settlement with Dale Lynn.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge