UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| BIANCA CLAYBORNE, individually and As parent and next friend of minors, J.C., D.W., L.W., A.C., and P.C., | ) | 4:24-CV-00012-DCLC-MJD |
| Plaintiffs, | ) | |
| vs. | ) | |
| RUBEN BASALDUA, et al., | ) | |
| Defendants. | ) | |

**JUDGMENT**

This case came before the Court on Defendants Coffee County, Tennessee, Alan Crabtree, James Sherrill, Frank Watkins, Stephen Sharketti, and Alex Bell's Motion for Summary Judgment [Doc. 196] and Defendants Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson's Motion for Summary Judgment [Doc. 191]. For the reasons stated in the accompanying Orders, both motions are **GRANTED** and all claims against these Defendants are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court