**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| **BIANCA CLAYBORNE, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RUBEN BASALDUA, in his individual capacity, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 4:24-cv-00012**<br>**Jury Demanded** |

---

**JOINT MOTION OF COFFEE COUNTY DEFENDANTS AND THP DEFENDANTS TO ALTER OR AMEND JUDGMENT**

---

Defendants Coffee County, Tennessee, Alan Crabtree, James Sherrill, Frank Watkins, Stephen Skarketti, and Alex Bell (the "Coffee County Defendants"), and Defendants Ruben Basaldua, Donnie Clark, Douglas Foster, and James Thompson (the "THP Defendants") jointly move under Federal Rule of Civil Procedure 41.01 for this court to amend the Judgment issued as to them in this matter. (Dkt. 385, Judgment.) The Judgment memorialized the grant of summary judgment to both groups of defendants and, therefore, should have been a dismissal with prejudice. However, the entered Judgment stated that the dismissal was without prejudice. Accordingly, the Coffee County Defendants and the THP Defendants respectfully request that the Judgment be amended to reflect that the claims against these Defendants are "DISMISSED WITH PREJUDICE."

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *Meghan Murphy*
DAWN JORDAN, BPR #20383
Special Counsel
MEGHAN MURPHY, BPR #34061
Senior Assistant Attorney General
PEAKO JENKINS, BPR #32190
Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Office: 615-741-8059
dawn.jordan@ag.tn.gov
meghan.murphy@ag.tn.gov
peako.jenkins@ag.tn.gov
*Attorneys for THP Defendants*

*s/ Jeffrey R. Thompson*
JEFFREY R. THOMPSON, BPR #20310
Lewis Thomason, P.C.
900 S. Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37901-2425
Office: 865-541-5289
jrthompson@lewisthomason.com
*Attorney for Coffee County Defendants*

## CERTIFICATE OF SERVICE

I certify a true and exact copy of the foregoing has been filed electronically and forwarded via the Court's electronic filing system on **October 5, 2026**, to the following:

TRICIA R. HERZFELD
ANTHONY A. ORLANDI
BENJAMIN A. GASTEL
JEFF PREPTIT
Herzfeld Suetholz Gastel Leniski and Wall, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
tricia@hsglawgroup.com
tony@hsglawgroup.com
ben@hsglawgroup.com
jeff@hsglawgroup.com
*Attorneys for Plaintiff*

ABBY R. RUBENFELD
Rubenfeld Law Office, PC
202 South Eleventh Street
Nashville, TN 37206
arubenfeld@rubenfeldlaw.com
*Attorney for Plaintiff*

DANIEL J. RIPPER
CHLOE KENNEDY
ISABELLA BOMBASSI
Luther Anderson PLLP
P.O. Box 151
Chattanooga, TN 37402
dan@lutheranderson.com
cek@lutheranderson.com
bib@lutheranderson.com
*Attorneys for Defendant Katlyn Pelham*

ARTHUR F. KNIGHT III
Law Office of Arthur F. Knight III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
arthur@arthurfknightlaw.com
*Attorney for Defendant Erica Wright-Gilliam*

THOMAS HICKEY, JR.
RAFAEL E. CAMACHO
Spicer Rudstrom, PLLC

537 Market St., Ste. 203
Chattanooga, TN37402
thickey@spicerfirm.com
rcamacho@spicerfirm.com
*Attorneys for Defendant Kathleen Velez*

E. ASHLEY CARTER
JESSICA DAVIS
JEFFREY B. CADLE
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
ashley.carter@ag.tn.gov
jessica.davis@ag.tn.gov
jeffrey.cadle@ag.tn.gov
*Attorneys for Defendant Dale Lynn*

s/ *Meghan Murphy*
MEGHAN MURPHY
Senior Assistant Attorney General